### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| OPHELIA CAGE, | ) | |
| | ) | No. 14 C 6818 |
| Plaintiff, | ) | |
| v. | ) | Judge Zagel |
| | ) | |
| CITY OF CHICAGO, | ) | Mag. Judge Schenkier |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

### AFFIDAVIT OF MAUREEN EGAN

I, Maureen Egan, having been duly sworn, do hereby attest and state, under penalty of perjury, based upon personal knowledge and the documents I have reviewed, as follows:

1.     I am over the age of 18 and am competent to testify in this matter. If called upon as a witness, I could and would competently testify to the matters contained herein.

2.     I have been employed by the City of Chicago ("City") since July 1, 1987. I began my employment in the Law Department. In February 1997, I joined the Department of Buildings as an Assistant Commissioner. I held that position until January 2000. In January 2000, I joined the Department of Sewers as an Assistant Commissioner. In 2003, the Department of Sewers merged with the Department of Water to form the Department of Water Management ("DWM"). DWM is an operating department of the City that is responsible for the effective and efficient delivery of water and sewer services to residents of Chicago.

3.     I am currently an Assistant Commissioner in the Bureau of Administrative Support in DWM. In my current position, I am a labor relations liaison. As part of my duties, I work with the unions and the Law Department with regard to all employment litigation and labor matters, including responding to charges of discrimination with the Illinois Department of Human Rights ("IDHR") or the Equal Employment Opportunity Commission ("EEOC").

1


EXHIBIT
C

4.      Additionally, in my capacity as Assistant Commissioner, I maintain files of employee grievances and employee discipline for DWM.

5.      Similarly, I have access to, and have reviewed, various personnel files for Water Rate Takers ("WRTs") working for DWM. The personnel files contain basic demographic information of the WRTs working for DWM.

6.      The grievance, discipline and personnel documents maintained by the Personnel Division of DWM are routinely kept in the ordinary course of business for the City. These records are created at or near the time of the events they record and are drafted by or from information transmitted by a person with knowledge of the events they record.

7.      WRTs work in the Bureau of Meter Services of DWM. Julie Hernandez-Tomlin, a 45 year-old Hispanic female, has been the Managing Deputy Commissioner in charge of the Bureau of Meter Services since 2006. Leo Lillard, a 50 year-old African American male, was the Assistant Commissioner in the Bureau of Meter Services between August 1, 2005 and July 15, 2015.

8.      WRTs, including Plaintiff, are members of the bargaining unit represented by the Plumbers' Local Union 130. I am familiar with the applicable collective bargaining agreement which is an agreement between the City and the Chicago Journeymen Plumbers' Local Union 130, UA effective July 1, 2007 through June 20, 2017 ("CBA"). The CBA governs the employment of WRTs. A true and accurate copy of the relevant Articles of the CBA is attached hereto as Ex. 1.

9.      Article 2 of the CBA provides the employer with the right to suspend, discipline, or discharge for just cause, to assign work, to enforce reasonable rules and regulations, and to

2

establish fair production standards, except as expressly abridged by a specific provision of the CBA. Ex. 1, CBA, Bates Nos. CAG001138-1139.

10.     Article 3, Sections 3.2 and 3.3 of the CBA prohibit discrimination against employees based upon, *inter alia*, race, age, or sex, and permit an employee alleging discrimination to file a grievance with the union. Ex. 1, CBA, Bates Nos. CAG001140-1141.

11.     Article 5, Sections 5.2 and 5.3 require that employees work a full 8.5 hours, including a half-hour unpaid lunch, except where different hours are in effect. Ex. 1, CBA, Bates Nos. CAG001147-1148.

12.     Article 11 of the CBA details the rights of employees subject to disciplinary action, and the procedures that must be followed to discipline an employee. Ex. 1, CBA, Bates Nos. CAG001175-1182. For example, an employee who is subject to disciplinary action has the right to union representation and a pre-disciplinary hearing. Ex.1, CBA, Bates Nos. CAG001176. The City, within its discretion, may determine whether disciplinary action should be an oral warning, written reprimand, suspension, or discharge, depending upon various factors, including, but not limited to, the severity of the offense and the employee's prior disciplinary record. Ex., 1 CBA, Bates Nos.CAG001177. Employees who receive a written notice of proposed disciplinary action may file a timely grievance challenging the disciplinary action as detailed in the CBA Section 11.2. Ex. 1, CBA, Bates Nos. CAG001180.

13.     I am also familiar with the City's Personnel Rules. The City's Personnel Rules dictate the employment of the WRTs to the extent that it is not superseded by a provision of the CBA. The City's Personnel Rules, revised November 18, 2010, were in effect in 2012. A true and accurate copy of the relevant Rules in the City's Personnel Rules is attached hereto as Ex. 2.

3

14.     City's Personnel Rules V, XVI and XVII explain the City's Equal Opportunity and Employment Policy and describe how an employee may file either a grievance or a complaint for discrimination with the City's Equal Employment Opportunity Office ("EEO Office") under the Policy.  Ex. 2, City's Personnel Rules, Bates Nos. CAG001509-1510 and 1529-1535.

15.     Personnel Rule XVIII, Section 1, describes the disciplinary process and sets forth the code of conduct for City employees, which includes the following prohibitions: "Misrepresentation" which includes "falsely representing to a superior the quality and/or quantity of work performed" (#6); "Criminal or Improper Conduct," which includes "restricting production output" (#26); "Job Performance," which includes "failing to take action as needed to complete an assignment or perform a task" (#29); "Inattention to duty including loafing, sleeping on duty, or loitering in the work area" (#38); and "Incompetence or inefficiency in the performance of the duties of the position ...." (#39).  Ex. 2, City's Personnel Rules, Bates Nos. CAG001536-1539.

16.     Personnel Rule XVIII, Section 2, details the City's policy of progressive discipline and describes the types of discipline that may be imposed in light of the totality of the circumstances, including the severity of the infraction, the number of times it has occurred, and the circumstances surrounding the misconduct. Ex. 2, City's Personnel Rules, Bates Nos. CAG001542-1543.

17.     Plaintiff has a history of work performance issues, and has been disciplined for misrepresentation and/or poor work performance twenty-five times between 1992 and 2010. True and correct copies of Plaintiff's discipline between 1992 and 2010 are attached hereto as Ex. 3.

4

18.     Twenty of Plaintiff's past disciplinary episodes occurred before Mr. Leonard Caifano took the title of Chief Water Rate Taker ("CWRT") in 2007. Even after Mr. Caifano became CWRT in 2007, John Zander, the then labor liaison for DWM, conducted the pre-disciplinary hearings until February 2009 when he retired. Only two of Plaintiff's past twenty-five disciplinary episodes occurred when Mr. Caifano personally oversaw the pre-disciplinary hearing for Plaintiff.     Ex. 3, Plaintiff's Prior Discipline, Bates Nos. CAG000590-591 and CAG001035-1036.

19.     In 2012, after a pre-disciplinary hearing for a WRT, Mr. Caifano would notify me that a pre-disciplinary hearing had occurred and whether he recommended discipline based upon the evidence adduced at the hearing. I would advise which Personnel Rule should be cited in the Notice of Discipline and what level of discipline should be imposed based upon the employee's prior disciplinary history and the relevant City's Personnel Rules and CBA.

20.     Based upon Mr. Caifano's recap of the facts elicited at Plaintiff's pre-disciplinary hearing held on or about January 30, 2012, Plaintiff violated the City's Personnel Rules Nos. 6, 29 and 39. Plaintiff's violation of the City's Personnel Rules resulted in a five-day suspension. A five-day suspension was the next step of progressive discipline based upon Plaintiff's prior discipline history, which includes a three-day suspension issued on May 20, 2010.

21.     Based upon Mr. Caifano's recap of the facts elicited at Plaintiff's pre-disciplinary hearing held on or about October 18, 2012, Plaintiff violated the City's Personnel Rules Nos. 38 and 39. Plaintiff's violation of the City's Personnel Rules resulted in a seven-day suspension. A seven-day suspension was the next step of progressive discipline based upon Plaintiff's prior discipline history, which included her five-day suspension issued on March 13, 2012.

22.     On June 15, 2012, I responded to a grievance filed by the Plaintiff. The grievance alleged that Mr. Duda spoke to Plaintiff in a demeaning and derogatory manner. A true and accurate copy of the grievance is attached hereto as Ex. 4, Bates No. CAG000456. The City takes allegations of misconduct seriously, and therefore, I forwarded Plaintiff's grievance to the City's EEO Office for further investigation.

23.     Employees Thomas Russnak, Edward Rodriguez, Rozella (Rose) O'Neal, Jerry Robinson, Jeffrey Sojka are not WRTs, but rather hold the title of Water Meter Assessors ("WMAs"). A true and correct copy of the seniority list of WRTs as it existed on February 1, 2013 is attached hereto as Ex. 5, Bates No. Cage0001. A true and correct copy of the seniority list of WMAs as it existed on August 23, 2010 is attached herto as Ex. 6, Bates No. Cage0002.

24.     A true and correct copy of the demographic information regarding Plaintiff's co-worker WRTs and WMAs is attached hereto as Ex. 7.

25.     Between the years of 2004 and 2015, WRTs of various ages and races and both genders have been disciplined for misrepresentation and/or poor performance related issues. A true and correct summary of discipline of WRTs and supporting documentation is attached hereto as Ex. 8.

26.     Ms. Greenwood was disciplined in 2006 after a member of the public reported that she had been discourteous and verbally abusive to a citizen.    Ms. Greenwood was not disciplined after 2006 and her last disciplinary action prior to 2006 occurred in 1995.

27.     Between January 1, 2010 and March 31, 2015, three WRTs filed charges with the City's EEO office, IDHR or EEOC. A true and accurate summary of the list of WRTs who filed charges is attached as Ex. 9. Other than Plaintiff, only one other WRT filed a discrimination charge between January 1, 2010 and March 31, 2015. This WRT, identified as "Employee A" on

6

the summary list of charges filed by WRTs, was not subsequently disciplined after filing charges with the City's EEO Office and with IDHR.

28.     On or about September 2004, Ms. Cage filed Charge No. 2005CF0603 alleging discrimination with IDHR which was cross-filed with the EEOC.  A true and accurate copy of the Charge is attached hereto as Ex., 10.

FURTHER AFFIANT SAYETH NAUGHT

**<u>VERIFICATION</u>**

Pursuant to 28 U.S.C. §1746, I, Maureen Egan, verify under penalty of perjury, that the

statements contained in the foregoing affidavit are true and correct.

Executed on October 15, 2015

Maureen Egan
Assistant Commissioner
Bureau of Administrative Support, Department of Water Management

COLLECTIVE
BARGAINING
AGREEMENT


Between


CHICAGO JOURNEYMEN PLUMBERS'
LOCAL UNION 130, U.A.


And


CITY OF CHICAGO


Effective July 1, 2007
Through
June 30, 2017


Ratified by City Council on: December 12, 2007


EXHIBIT

CAG001131

CAG001132

CITY OF CHICAGO
AGREEMENT WITH
CHICAGO JOURNEYMEN PLUMBERS'
LOCAL UNION 130, U.A.

## TABLE OF CONTENTS

Page

ARTICLE 1 - RECOGNITION .........................................1

ARTICLE 2 - MANAGEMENT RIGHTS ..................................2

ARTICLE 3 - NON-DISCRIMINATION .................................4
    Section 3.1  Equal Employment Opportunities ..............4
    Section 3.2  No Discrimination ..........................4
    Section 3.3  Grievance of Alleged Violation .............4
    Section 3.4  Reasonable Accommodation ...................4

ARTICLE 4 - WAGES ..............................................5
    Section 4.1  Prevailing Wage Rates ......................5
    Section 4.2  Prevailing Rate Adjustments ................5
    Section 4.3  Non-Prevailing Wage Rates Governing First
             Five-Years of this Agreement (07/01/2007
             to 06/30/2012) .............................6
    Section 4.4  Non-Prevailing Wage Rates Governing
             Second Five-Year Term (07/01/2012 to
             06/30/2017) ................................7
    Section 4.5  Retroactivity ..............................8
    Section 4.6  Out of Grade Pay ...........................8
    Section 4.7  Payment of Wages ...........................9

ARTICLE 5 - HOURS OF WORK .....................................11
    Section 5.1 ...........................................11
    Section 5.2  The Work Week ..............................11
    Section 5.3  The Work Day ...............................12
    Section 5.4  Overtime ...................................12
    Section 5.5  Reporting Pay ..............................13
    Section 5.6  Call-In Pay ................................14
    Section 5.7  Emergency Call Pay .........................14

ARTICLE 6 - HOLIDAYS ..........................................15
    Section 6.1  Current Holidays ...........................15
    Section 6.2  Payment for Holiday ........................16
    Section 6.3  Failure to Report to Work on Scheduled
             Holiday ....................................17
    Section 6.4  Holiday Observance .........................17

i

356578.1

CAG001133

ARTICLE 7 – VACATIONS ........................................18
    Section 7.1  Amount ....................................18
    Section 7.2  Pro Rata Vacation .........................18
    Section 7.3  Forfeit of Vacation .......................19
    Section 7.4  Employees Laid-Off or Discharged ..........20
    Section 7.5  Rate of Pay ...............................20
    Section 7.6  Selection .................................21
    Section 7.7  Non-Consecutive Vacation Days .............22
    Section 7.8  Reciprocity With Other Agencies ...........23

ARTICLE 8 – CONTINUOUS SERVICES ..............................24
    Section 8.1  Definition ................................24
    Section 8.2  Interruption in Service ...................24
    Section 8.3  Reciprocity ...............................25
    Section 8.4  Break in Service ..........................25
    Section 8.5  Probationary Employment ...................26

ARTICLE 9 – GROUP HEALTH, VISION CARE, DENTAL, LIFE AND
            ACCIDENT BENEFITS ...............................27
    Section 9.1 ............................................27
    Section 9.2  Joint Labor Management Cooperation
                 Committee On Health Care ..................30
    Section 9.3 ............................................31
    Section 9.4 ............................................31

ARTICLE 10 – LEAVES OF ABSENCE ...............................32
    Section 10.1  Bereavement Pay ..........................32
    Section 10.2  Military Leave ...........................33
    Section 10.3  Jury Duty Leave/Subpoena .................34
    Section 10.4  Sick Leave ...............................34
    Section 10.5  Duty Disability Leave ....................35
    Section 10.6  Personal Leave ...........................35
    Section 10.7  Medical Leave ............................37
    Section 10.8  Union Leave ..............................39

ARTICLE 11 – DISCIPLINE AND GRIEVANCE ARBITRATION ............39
    Section 11.1 ...........................................39
    Section 11.2  Procedure For Department Review of
                  Disciplinary Action Including Suspension ..44
    Section 11.3  Grievance and Arbitration ................46
    Section 11.4  Conduct of Disciplinary Investigations ...56

ARTICLE 12 – NO STRIKES-NO LOCKOUT ...........................62
    Section 12.1  No Strikes ...............................62
    Section 12.2  Union Efforts ............................62
    Section 12.3  Discipline ...............................63
    Section 12.4  No Lockout ...............................63

ii

CAG001134

ARTICLE 13 - DUES CHECK-OFF AND FAIR SHARE ....................63
    Section 13.1  Indemnification/Authorization .............63
    Section 13.2  Fair Share ...................................64
    Section 13.3  Right of Non-Association ....................64
    Section 13.4  Condition of Employment ....................65

ARTICLE 14 - MISCELLANEOUS ..................................65
    Section 14.1  Job Titles ...................................65
    Section 14.2  Traditional Work ...........................66
    Section 14.3  Jurisdictional Disputes ....................67
    Section 14.4  Deferred Compensation ......................69
    Section 14.5  Rules of Conduct Changes ...................69
    Section 14.6  Safety ......................................70
    Section 14.7  Information to Union ........................71
    Section 14.8  Subcontracting .............................72
    Section 14.9  Automobile Reimbursement ...................73
    Section 14.10  Telephone Expense Reimbursement ..........74

ARTICLE 15 - LAYOFF AND RECALL ..............................75
    Section 15.1 - Notice of Layoff .........................75
    Section 15.2  Order of Layoff ............................75
    Section 15.3  Bumping ....................................76
    Section 15.4  Recall .....................................76
    Section 15.5  Hiring During Layoffs ......................76
    Section 15.6  Lottery ....................................77

ARTICLE 16 - BALANCING THE WORKFORCE AND REASSIGNMENT
          PROCEDURE ........................................77

ARTICLE 17 - FILLING OF PERMANENT VACANCIES .................78
    Section 17.1  Definition of Vacancy ......................78
    Section 17.2  Filling of Permanent Vacancies .............78
    Section 17.3  Recall .....................................78
    Section 17.4  Rights of Employees in Abolished Classes ...79
    Section 17.5  Transfer Request Procedure .................79
    Section 17.6  Posting ....................................80
    Section 17.7  Acting In A Higher-Rated Job ...............84
    Section 17.8  Acting In A Lower-Rated Job ................85
    Section 17.9  Detailing ..................................86

ARTICLE 18 - SEPARABILITY ...................................87

ARTICLE 19 UNION REPRESENTATION .............................87
    Section 19.1  Union Stewards .............................87
    Section 19.2  Right of Access ............................87

356578.1

CAG001135



ARTICLE 20 – DRUG AND ALCOHOL PROGRAM ........................ 88
    Section 20.1  Policy Statement ......................... 88
    Section 20.2  Definitions .............................. 89
    Section 20.3  Disciplinary Action ..................... 90
    Section 20.4  Drug and Alcohol Testing ................ 91
    Section 20.5  Employee Assistance Program .............. 93

ARTICLE 21 – JOINT APPRENTICESHIP AND TRAINING PROGRAM
           INITIATIVE ..................................... 94
    Section 21.1 ........................................ 94
    Section 21.2 ........................................ 94

ARTICLE 22 – RATIFICATION AND TERMINATION ..................... 95

ARTICLE 23 – TERM OF AGREEMENT ............................... 97

SIDE LETTER – JOINT APPRENTICESHIP AND TRAINING PROGRAM|
           INITIATIVE:  LMCC REFERRAL ..................... 103

SIDE LETTER – HEALTH CARE PLAN:  LMCC REFERRAL .............. 105

SIDE LETTER – FOUR 10-HOUR DAY WORKWEEK ..................... 107

356578.1

CAG001136

**CITY OF CHICAGO**
**AGREEMENT WITH**
**CHICAGO JOURNEYMEN PLUMBERS'**
**LOCAL UNION 130, U.A.**

## AGREEMENT

This Agreement is entered into by and between the City of Chicago, an Illinois Municipal Corporation (hereinafter called the "Employer") and the Chicago Journeymen Plumbers' Local Union 120 U.A., (hereinafter called "the Union"), for the purpose of establishing, through the process of collective bargaining certain provisions covering wages, and other terms and conditions of employment for the employees represented by the Union.

In recognition of the above, the Employer and the Union agree as follows:

## ARTICLE 1
## RECOGNITION

The Employer recognizes the Union as the sole and exclusive bargaining agent for all employees in the following job classifications:

District Superintendent of Water Distribution

Assistant District Superintendent of Water Distribution

District Foreman of Water Pipe Construction

Foreman of Water Pipe Construction

Pipe Location Machine Operator

Caulker

Hydrant Inspector

Director of Plumbing Test Laboratory

1

356578.1

CAG001137

Chief Plumbing Inspector

Assistant Chief Plumbing Inspector

Plumbing Inspector In Charge

Plumbing Inspector

Chief Water Rate Taker

Supervisor of Water Rate Takers

Water Rate Taker

Water Meter Assessor

General Foreman of Plumbers

Foreman of Plumbers

Plumber

Plumber (sub-Foreman)

District Superintendent of Sewers

Foreman of Sewer Cleaning

Assistant Foreman of Sewer Cleaning

Supervising House Drain Inspector

House Drain Inspector

The Union is authorized to bargain collectively for such employees with respect to rates of pay, wages, hours and other terms and conditions of employment. The term "employee" as used herein, refers to the above job classifications, unless specified to the contrary.

## ARTICLE 2
## MANAGEMENT RIGHTS

The Union recognizes that certain rights, powers, and responsibilities belong solely to and are exclusively vested in the Employer, except only as they may be subject to a specific

2

356578.1

CAG001138

and express obligation of this Agreement. Among these rights, powers, and responsibilities, but not wholly inclusive, are all matters concerning or related to the management of the Employer's operations and the administration thereof, and the direction of the working forces, including (but not limited to) the right to suspend, discipline, or discharge for just cause; to layoff by reason of lack of work, by reason of lack of funds or work, or abolition of a position, or material changes in duties or organization of the Employer's operations, or other economic reasons; to hire, classify, transfer and assign work, promote, demote, or recall; to make and enforce reasonable rules and regulations, to maintain order and efficiency; to schedule the hours of work; to determine the services, processes, and extent of the Employer's operation, the types and quantities of machinery, equipment and materials to be used, the nature, extent, duration, character and method of operation, including (but not limited to) the right to contract out or subcontract; the right to determine the number of employees and how they shall be employed, and the quality and quantity of workmanship and work required to insure maximum efficiency of operations; to establish and enforce fair production standards; and to determine the size, number and location of its departments and facilities. All of the provisions of this Article are vested exclusively in the Employer, except as expressly abridged by a specific provision of this Agreement.

356578.1

CAG001139

## ARTICLE 3
## NON-DISCRIMINATION

### Section 3.1   Equal Employment Opportunities

The Union agrees to work cooperatively with the Employer to insure equal employment opportunities as required by law in all aspects of the Employer's personnel policies, and nothing in this Agreement shall be interpreted to cause a negative effect on said efforts.  It is understood and agreed that this Article shall neither affect nor be interpreted to adversely affect the seniority provisions of this Agreement.

### Section 3.2   No Discrimination

Neither the Employer nor the Union shall discriminate against any employee covered by this Agreement in a manner which would violate any applicable laws because of race, color, religion, national origin, age, sex, marital status, mental and/or physical handicap or activity on behalf of the Union.

### Section 3.3   Grievance of Alleged Violation

Grievances by employees alleging violations of this Article shall be resolved through Step II of the Grievance procedure of this Agreement, but shall not be subject to arbitration unless mutually agreed by the parties.

### Section 3.4   Reasonable Accommodation

In the event the Employer shall be required to make a reasonable accommodation under the Americans With Disabilities Act ("ADA") to the disability of an applicant or incumbent employee that may be in conflict with the rights of an employee under this Agreement, the Employer shall bring this matter to

4

356578.1

CAG001140

the attention of the union. The provisions of Article 11 of this Agreement shall be available, and the Arbitrator may balance the Employer's obligations under the ADA and this Agreement and the employee's rights under this Agreement, provided that no incumbent employee shall be displaced by such decision of the Arbitrator.

## ARTICLE 4
## WAGES

### Section 4.1  Prevailing Wage Rates

Effective July 1, **2007**, employees covered by this agreement shall continue to receive the hourly rate being paid to crafts or job classifications doing similar kinds of work in Cook County pursuant to the formula currently used by the United States Department of Labor in administering the Davis-Bacon Act as currently being paid to said employees as set forth in Appendix A appended to and made a part of this Agreement.

### Section 4.2  Prevailing Rate Adjustments

Effective on July 1 of each year of this Agreement beginning in 2007, through the period ending June 30, **2017**, the wage rate referred to in the immediately preceding section shall be adjusted to reflect the hourly wage rates effective on such dates being paid to crafts or job classifications doing similar work in Cook County pursuant to the formula specified in Section 4.1 above and as set forth in Appendix A.  In the event the hourly wage rates effective July of each year covered by this

5

356578.1

CAG001141

consist of representatives from the Department of Personnel, the Office of Budget and Management, the Comptroller and the Director of Labor Relations. The Coalition, as it shall determine, shall select four (4) representatives to serve as members of the Committee. The Committee will meet not less than **quarterly**, or more frequently as the need may arise, to review ongoing issues regarding payroll, compliance with this Section, or other issues of mutual concern which may arise during the life of the parties' Agreement. **In addition, at the request of the Coalition, the City may include from time-to-time a representative of the Coalition at the Comptroller's weekly staff meetings with Department heads to review and address pending payroll inquiries from bargaining unit employees.**

**ARTICLE 5**
**HOURS OF WORK**

**Section 5.1**

This Article shall be to calculate overtime and shall not be a guarantee of work or hours for any day or week.

**Section 5.2   The Work Week**

The work week shall be a regular recurring seven (7) day period beginning at 12:00 midnight (one minute after 11:59 P.M. Saturday) Sunday and ending at 12:00 midnight the following Sunday.

The normal work week shall consist of five (5) consecutive eight hour days, Monday through Friday, and two (2) consecutive days off, except where the Employer's operations require

11

356578.1

CAG001147

different scheduling needs. The Employer will notify the Union of these exceptions.

### Section 5.3   The Work Day

The normal work day shall begin at 8:00 a.m. and end at 4:30 p.m., including a one-half (1/2) hour unpaid lunch period, except where different hours are currently in effect.

Notwithstanding the foregoing, it is agreed that the Employer may change the established starting time of the Monday through Friday work day for a department, bureau, work unit, crew or individual upon fourteen (14) days written notice to the Union and affected employees, and discussion with the Union. Said starting times shall not be scheduled more than two (2) hours before the regular starting times currently in effect in this Agreement. All such changes, unless otherwise agreed to by the parties, shall be in effect for a minimum of one (1) week, and shall provide for the same starting times each day of that period. No employee shall be placed on a split shift without agreement by the Union. Failure to comply with this provision shall result in the payment of appropriate premium time to affected employees.

### Section 5.4   Overtime

Overtime and premium pay for employees shall be defined and paid in accordance with the historical and traditional practices of the Employer and the Union pursuant to the applicable collective bargaining agreement which is negotiated in the private sector and which historically and traditionally governs said payment. The Union shall certify and provide evidence to

12

356578.1

on a medical leave of absence shall retain, but not accumulate, seniority.

**Section 10.8   Union Leave**

The Employer shall grant request for leaves of absence for up to 3 employees for the purpose of service as Representative or officer with the International, State, District Council or Local Organization of the Union for the duration of his/her appointment to the Union, provided reasonable advance notice in writing is given to the employer.   While on such leave the employee shall not incur a break in continuous service.   An employee on said leave of absence shall not be eligible for any benefits as an employee.

Employees who return from Union leaves of absence shall have the same rights as employees who return from medical leaves of absence.

**ARTICLE 11**
**DISCIPLINE AND GRIEVANCE/ARBITRATION**

**Section 11.1**

(a)  Disciplinary action including discharge, shall be excluded from this grievance procedure.   Suspensions over 10 days and discharges shall be governed exclusively by the City of Chicago's Personnel or Police Board Rules, whichever may be applicable.   Notwithstanding the foregoing, suspensions of 11 days or more may be appealed to arbitration in lieu of the Personnel or Police Board upon the written request of the Union.

39

356578.1

CAG001175

Disciplinary cases which are converted from a discharge to a suspension as a result of decision of the Personnel or Police Board do not thereafter become arbitrable as a result of said decision. The grievance procedure provisions herein and the Personnel or Police Board appeals procedure are mutually exclusive, and no relief shall be available under both.

(b) An employee who is subject to disciplinary action for any impropriety or cause has the right to ask for and receive a Union representative to be present at any interrogations or hearings prior to being questioned. The interrogation shall take place at reasonable times and places and shall not commence until the Union representative arrives, provided that the Employer does not have to wait an unreasonable time and the Employer does not have to have the interrogation unduly delayed. An employee may be discharged for just cause before the Personnel or Police Board hearing, provided that said employee shall be guaranteed, upon request, a full hearing before said Board, in accordance with the said Board's rules. It is further provided that in the event of non-egregious offenses, not to include violent acts, criminal acts, drinking alcohol or taking illegal drugs on the job, insubordination or work stoppages, the employee will be given 30 days advance notice of discharge, and has 7 days from receipt of the notice to appeal. If the employee does not file an appeal within the 7-day appeal period, the Employer may then remove the employee from the payroll. If the employee appeals the discharge, the Personnel Board shall be requested to set a hearing date within the 30-day notice period

40

356578.1

CAG001176

and the employee shall remain on the payroll for the full notice period, except if prior to completion of the 30-day notice period (1) the Hearing Officer affirms the discharge; or (2) the employee continues the discharge hearing; or (3) the employee withdraws his appeal or otherwise engages in conduct which delays the completion of the hearing. However, in no event may the employee require the Employer to retain the employee on the payroll beyond the 30-day period. The Union shall have the right to have its representatives present at either of the Board(s) or the grievance procedure, including arbitration, and to actively participate.

(c) The Employer within its discretion may determine whether disciplinary action should be an oral warning, written reprimand, suspension or discharge, depending upon various factors, such as, but not limited to, the severity of the offense or the employee's prior record. Such discipline shall be administered as soon as practical after the Employer has had a reasonable opportunity to fully investigate the matter and conduct a meeting with the Union and employee. The Employer is not obligated to meet with the employee and Union prior to taking disciplinary action where the employee is unavailable or in emergency situations.

Demotions shall not be used as a part of discipline. Transfer shall not be part of an employee's discipline.

In cases of oral warnings, the supervisor shall inform the employee that she/he is receiving an oral warning and the reasons therefore. For discipline other than oral warnings, the

41

356578.1

CAG001177

employee's immediate supervisor shall meet with the employee and notify him/her of the accusations against the employee and give the employee an opportunity to answer said accusations. Specifically, the supervisor shall tell the employee the names of witnesses, if any, and make available copies of pertinent documents the employee or Union is legally entitled to receive, to the extent then known and available. Employer's failure to satisfy this Section 11.1 shall not in and of itself result in a reversal of the Employer's disciplinary action or cause the Employer to pay back pay to the employee.

In the event disciplinary action is taken, the employee and the Union shall be given, in writing, a statement of the reasons therefore. The employee shall initial a copy, noting receipt only, which shall be placed in the employee's file. The employee shall have the right to make a response in writing which shall become part of the employee's file.

Any record of discipline may be retained for a period of time not to exceed eighteen (18) months and shall thereafter not be used as the basis of any further disciplinary action, unless a pattern of sustained infraction exists. A pattern shall be defined as at least two substantially similar offenses during said 18-month period. If an employee successfully appeals a disciplinary action, his/her file shall so record that fact. If the appeal fully exonerates the employee, the Employer shall not use said record of the discipline action against the employee, or in the case of promotions or transfers.

42

356578.1

CAG001178

In any disciplinary investigation of a non-egregious offense conducted by the investigative staff of the Office of Budget and Management, the Employer shall notify the employee who is the subject of the disciplinary investigation of the pendency of the investigation and its subject matter, within 30 calendar days of the employer being made aware of the alleged rule violation. For the purposes of this Section, the term "non-egregious offense" shall not include indictable criminal offenses, gross insubordination, residency issues, or drug and alcohol violations. Thereafter, the employee shall be granted a predisciplinary hearing if requested within thirty (30) days. Any discipline given in violation of this notice provision shall be null and void.

In the event that a discharged employee appeals an adverse decision of the Personnel or Police Board to the Circuit Court of Cook County, or thereafter to the Appellate Court of Illinois, and the decision of the Personnel or Police Board is reversed or remanded resulting in restoration of the job, the Employer will pay the employee's reasonable attorney's fees which he or she has incurred in connection with the court proceeding, excluding fees incurred before the Personnel or Police Board. The employee shall submit a post-appeal fee petition to the Employer, which shall be supported by full documentation of the work performed, the hours expended, and the rates paid by the employee. Should the parties be unable to agree on the proper amount of the fees to be paid to the

43

356578.1

CAG001179

employee, either party may refer the dispute to arbitration under the relevant provisions of this agreement.

**Section 11.2   Procedure For Department Review of Disciplinary Action Including Suspension**

Step 1.   Within five (5) working days after an employee receives written notice of any proposed disciplinary action, including a suspension for ten (10) days or less which is not appealable to the Personnel or Police Board, or in the case of suspensions of 11 or more days which may be appealed to arbitration in lieu of the Police or Personnel Board upon the written request of the Union, the Employer shall conduct a meeting with the Union and employee.  Discipline shall be administered as soon as possible after the Employer has had a reasonable opportunity to further investigate the matter as appropriate.  If disciplinary action is taken after the meeting or further investigation, the employee may request in writing to the department head for review of the said disciplinary action on a form provided by the Employer.  Said request for review shall be in writing and submitted within three (3) working days of receipt of written notice of discipline.  Said review form shall be printed on the back of or attached to the notice of discipline together with instructions for appeal.  The failure to submit a written request for review of disciplinary action within three (3) working days of receipt of notice of disciplinary action will preclude the employee's right to review.

44

356578.1

CAG001180

Step 2.    Within three (3) working days or any mutually agreed
upon extension after the department head or designee
receives the employee's request for review, the department
head or designee shall conduct a meeting to review the
suspension.    Failure to conduct said meeting in three (3)
days will result in automatic advancement to Step 3 and the
Union shall so notify the Employer.    At the meeting, the
Department will give the basis for its action and the
employee and union representative, if any, will be heard
and provided the opportunity to ask questions.    The
department head or designee shall render a written decision
within two (2) working days of the meeting, except where
both parties agree a further investigation is required.
The absence of such agreement or failure to decide and
communicate such decision will result in automatic
advancement to Step 4 and the Union shall so notify the
Employer.    A copy of such decision shall be sent to the
employee and the Union.

Step 3.    Where further investigation is agreed upon, a second
meeting shall be held between the department head or
designee and the employee and the Union representative to
discuss the results of the investigation.    Said meeting
shall be conducted within five (5) working days of the
close of the Step 2 meeting, unless otherwise agreed by the
parties.    The department head or designee shall render a
written decision within two (2) working days of the second
meeting.    A copy of such decision shall be sent to the

356578.1

CAG001181

employee and the Union.  If the parties fail to meet within five (5) working days or a written decision is not submitted within two (2) working days, the appeal shall automatically proceed to Step 4 and the Union shall so notify the Employer.  Except where otherwise indicated, the time limits set forth herein are to encourage the prompt reviews of said disciplinary action and failure to comply with these time limits will not affect the validity of the said disciplinary action.  This procedure shall be the employee's exclusive remedy for all said disciplinary action, including suspension for ten (10) days or less, or for suspensions of 11 days through 30 days which may be appealed to arbitration in lieu of the Personnel or Police Board upon the written request of the Union.

Step 4.  If the matter is not settled in Steps 2 or 3, the Union may submit the matter to arbitration under the terms of this Agreement.  The rules governing procedure for arbitration shall be the same as in 11.3, Step III.

**Section 11.3  Grievance and Arbitration**

Except as in disciplinary provisions of Sections 11.1 and 11.2 above, a difference, complaint or dispute (hereinafter called a grievance) between the Employer and the Union or any of the employees of the Employer it represents, arising out of the circumstances or conditions of employment, shall be exclusively settled in the following manner.

46

356578.1

CAG001182

# City of Chicago

# Personnel Rules



Richard M. Daley
Mayor

George H. Arteaga
Commissioner
Department of Human Resources

Revised November 18, 2010



EXHIBIT

2

CAG001491

*Revised November 18, 2010*

**CITY OF CHICAGO PERSONNEL RULES**

**TABLE OF CONTENTS**                                    Page

**DISCLAIMER**

                                                              1

**RULE I  -  POSITION CLASSIFICATION**
Section   1 - Definitions                                     2
Section   2 - Classification of Positions                     3
Section   3 - Class Titles and Codes                          3
Section   4 - Preparation and Content of Class Specifications 3
Section   5 - Interpretation of Class Specifications          3
Section   6 - Classification and Pay Plan (Schedule A)        3
Section   7 - Position Control                                3
Section   8 - Allocation of New Positions                     3
Section   9 - Reclassification of Positions                   4
Section  10- Review of Allocations or Reallocations           5
Section  11- Classification of Exempt Positions               5
Section  12- Maintenance of the Classification Plan           5
Section  13- Relative Grading of Classes                      5
Section  14- Budgetary Approval                               6

**RULE II  -  MAINTENANCE AND ADMINISTRATION OF THE
            COMPENSATION PLAN**
Section   1 - Maintenance of the Compensation Plan            6
Section   2 - Administration of the Compensation Plan         6

**RULE III  -  APPOINTMENTS IN THE CITY SERVICE**
Section   1 - Kinds of Appointments                           7
Section   2 - Senior Executive Service                        7
Section   3 - Other Exempt Positions                          7
Section   4 - Positions in the Career Service                 8
Section   5 - Emergency Appointment                           9
Section   6 - Personnel Management Service
              for Exempt Positions                            9

**RULE IV  -  RECRUITMENT AND APPLICATIONS**
Section   1 - Recruitment                                     9
Section   2 - Delegation of Recruitment Responsibility        9
Section   3 - Announcement of Examinations                    10
Section   4 - Application for Career Service Position         10
Section   5 - Residence                                       10
Section   6 - General Qualifications                          10
Section   7 - Rejection of Applications                       10

**RULE V  -  EQUAL EMPLOYMENT OPPORTUNITY**
Section 1 – Discrimination Prohibited                         11
Section 2 – Harassment Prohibited                             11
Section 3 – Retaliation Prohibited                            12
Section 4 – Applicability                                     12
Section 5 – Penalties                                         12

CAG001492

City of Chicago - Personnel Rules (11/18/2010)
Table of Contents, page 2     Page

**RULE VI - EXAMINATIONS**
Section 1 - General Provisions   12
Section 2 - Use of Examinations   13
Section 3 – Applicants Preference   13
Section 4 - Conduct of Examinations   14
Section 5 - Fraudulent Conduct or False Statement by Applicant   14
Section 6 - Applicant's Background Investigation   14
Section 7 - Confidential Nature of the Examination Process and Material   14
Section 8 - Notification of Examination Results   15
Section 9 - Responsibilities of Applicants   15

**RULE VII - EMPLOYMENT LISTS AND TRANSFERS**
Section 1 - Types of Employment Lists   15
Section 2 - General Conditions for General Employment,
     Promotional and Duty Disability Priority
     Employment Lists   16
Section 3 - General Employment Lists   17
Section 4 - Duty Disability Priority Employment List   18
Section 5 - Reinstatement Lists   18
Section 6 - Lay-off Lists   18
Section 7 - Removal of Names   19
Section 8 - Transfers   19

**RULE VIII - CAREER SERVICE APPOINTMENTS**
Section 1 - Sequence of Employment Lists   19
Section 2 - Appointments to Career Service Positions   20

**RULE IX - PROBATIONARY PERIOD**
Section 1 - Probationary Period   21
Section 2 - Discipline of Probationers   21
Section 3 - Career Service Status   21

**RULE X - PROMOTIONS AND CAREER PROGRESSIONS**
Section 1 - Promotion Policy   21
Section 2 - Eligibility   22

**RULE XI - LEAVES OF ABSENCE**
Section 1 - Leaves of Absence for Career Service and
     Probationary Career Service Employees   22
Section 2 - Administration of Leave of Absence   24
Section 3 - Authorized Absence for All Employees   25

**RULE XIA - LEAVES OF ABSENCE FOR NON CAREER SERVICE
     EMPLOYEES**
Section 1   28
Section 2   28
Section 3   28
Section 4   28

CAG001493

City of Chicago - Personnel Rules (11/18/2010)
Table of Contents, page 3 _____ Page

**RULE XII - REDUCTIONS IN FORCE**                                      28

**RULE XIII - RESIGNATIONS**                                            29

**RULE XIV - PERFORMANCE EVALUATIONS**
Section  1 - Performance Evaluation Policy                               29
Section  2 - Performance Evaluation Systems                             30
Section  3 - Performance Evaluation Records                             30
Section  4 - Application of Results of Performance Evaluation           30
Section  5 - Review of Performance Evaluation                          30

**RULE XV - TRAINING AND CAREER DEVELOPMENT**
Section  1 - Responsibility for Training                                30
Section  2 - Types of Training and Career Development Programs          31
Section  3 - Use of Facilities                                          31

**RULE XVI - GRIEVANCE PROCEDURE**
Section  1 - Scope of the Grievance Procedure                           31
Section  2 - Complaint Defined                                          32
Section  3 - Grievance Defined                                          32
Section  4 - Grievance Review Board                                     32
Section  5 - Employee Rights                                            32
Section  6 - Employee Complaint Procedure                               32
Section  7 - Step One:  Filing a Grievance                              32
Section  8 - Step Two:  Department Head Review                          33
Section  9 - Step Three:  Appeal to the Grievance Review Board          33
Section 10 - Discrimination Charges                                     34
Section 11 - General Provisions                                         34

**RULE XVII - COMPLAINTS OF DISCRIMINATION**
Section  1 - Rights protected                                           35
Section  2 - Exceptions                                                 35
Section  3 - Making Complaints                                          35
Section  4 - Time limits                                                36
Section  5 – Privacy                                                    37
Section  6 - Disposition                                                37

**RULE XVIIA - DISABILITY APPEAL PROCEDURE**
Section  1 - Appeal Procedure for Employees/Applicants
              Rejected                                                  37
Section  2 - Exemptions                                                 38

**RULE XVIII - DISCIPLINARY ACTIONS AND PROCEDURES FOR
              CAREER SERVICE EMPLOYEES**
Section  1 - Causes for Disciplinary Action                             38
Section  2 - Progressive Discipline                                     44
Section  3 - Notification - Suspensions of Thirty (30)
              Days or Less                                              45
Section  4 - Reviews and Hearings for Career Service Employees          46
Section  5 - Disciplinary Procedure - Discharge, Demotion
              or Suspension over Thirty (30) Days                       47
Section  6 - Powers and Duties of Department Heads                      47

CAG001494

City of Chicago - Personnel Rules (11/18/2010)
Table of Contents, page 4 _____ Page

**RULE XVIIIA - DISCIPLINARY ACTIONS FOR NON-CAREER SERVICE**
      **EMPLOYEES**     47

**RULE XIX - DRUG AND ALCOHOL TESTING POLICY**     48

**RULE XX - EMPLOYEE RELATIONS**
Section  1 - Scope of Employee Relations Program     49
Section  2 - Responsibility for Employee Relations Programs     49
Section  3 - Outside Employment     50

**RULE XXI - PERSONNEL ADMINISTRATOR - RELATIONSHIP TO CITY**
      **DEPARTMENTS**
Section  1 - Responsibility of Heads of Departments
      for Personnel Administration     51
Section  2 - Departmental Personnel Committee     52

**RULE XXII - PERSONNEL RECORDS**
Section  1 - Personnel Information Systems     52
Section  2 - Confidential Nature of Personnel Records     53

**RULE XXIII - CERTIFICATION OF PAYROLLS**
Section  1 - Payroll Changes     53
Section  2 - Review and Certification of Payrolls     53

**Rule XXIV** - No longer applicable

**Rule XXV** - No longer applicable

**RULE XXVI - RECLASSIFICATION OF EMPLOYEES**
Section  1 - Correction of Classification     54
Section  2 - Notice to Employee     55
Section  3 - Request for Review of Reclassification     55
Section  4 - Appeal to Commissioner of Personnel     56
Section  5     56
Section  6     56
Section  7     57
Section  8     57
Section  9     57
Section 10     57
Section 11     58
Section 12     58
Section 13     58
Section 14     58

**RULE XXVII** - No longer applicable

**RULE XXVIII - SICK LEAVE**
Section  1 - Legitimate Use of Sick Leave     59
Section  2 - Family Illness     59

CAG001495

City of Chicago - Personnel Rules (11/18/2010)

Table of Contents, page 5 _____ Page

(Rule XXVIII, continued)
Section 3 - Definition of Illness ........................................... 59
Section 4 - Reasonable Evidence ........................................ 59
Section 5 - Patterns of Abuse ............................................ 60
Section 6 - Confidentiality ................................................ 60
Section 7 - Procedures ...................................................... 60
Section 8 - Application ...................................................... 63

**ADDENDUM/RULE 28** ............................................ 63

**RULE XXIX - CONFLICT OF INTEREST**
Section 1 - Definitions ...................................................... 64
Section 2 - Certain Business Relationships Prohibited/ Disclosure
            Requirements .................................................. 65
Section 3 - Certain Loans Prohibited .................................. 66
Section 4 - Recommendation of Business Associates Prohibited ... 66

* * * * * * **NOTES ON AMENDMENTS TO THE RULES** * * * * * *

**Changes effective 11/18/2010** were made to the following Rule:

1.     **Rule VI, Section 3 – Applicants Preference.** The **Veteran's Preference** is now Subsection (a) of Applicants Preference. Veteran's Preference is amended to increase the minimum percent of veterans referred from ten (10) percent to twenty (20) percent. Subsection (b), **Line of Duty Preference**, has been added.

**Changes effective 12/10/2009** were made to the following Rules:

1.     **Disclaimer**: Personnel Rules are not intended to create any property interests in any job or position for any employee, or create an employment contract between the City of Chicago and any employee.

2.     **Rule I, Section 9 – Reclassification of Positions:** Clarifies rules regarding reclassification of positions. Reclassifications must not violate other governing policies or personnel rules, and cannot be used as a means to provide salary increases or to promote or discipline an employee.

3.     **Rule IV, Section 5 – Residence**: Changes the requirement to be a resident of the City of Chicago from the time of application to the time of employment. Residency provision applies to all positions not just Career Service positions.

4.     **Rule V – Equal Employment Opportunity:** Claries rights protected and prohibited conduct under the City's Diversity and Equal Opportunity in Employment Policy.

CAG001496

5.      **Rule VI, Section 3 - Veteran's Preference**:  Expanded veterans preference to include Armed forces, National Guard and Reserves; Veterans may have an honorable or general discharge; Veterans preference can be awarded only once. The preference shall be in the form of five (5) percent added to the final score of those applicants with a passing score for ranked examinations. For all other selection methods, applicants who pass will be given preference in processing. A minimum of ten (10) percent of those referred will be veterans provided there is a sufficient number of veterans who applied.

6.      **Rule VIII – Career Service Appointments:** Deleted references to Reemployment lists and types of certifications, as they are inconsistent with the New Hiring Plan.

7.      **Rule X - Promotions and Career Progressions:** Added language that this rule may be used to established sequential promotions based on satisfactory performance with demonstrated attained job skills and years of experience in a position within a job family.

8.      **Rule XIII - Resignations**: Section on "Requests for Reemployment" is deleted, as it is inconsistent with the New Hire Plan.

9.      **Rule XV – Training and Career Development**: Deletes specific reference to the Commissioner of Human Resources for responsibility for certain training initiatives, as the Office of Compliance has absorbed some of those training functions.

10.     **Rule XVII – Complaints of Discrimination**: Claries procedures to file complaints under the City's Diversity and Equal Opportunity in Employment Policy;

11.     **Rule XVIII, Section 42 – Sexual Orientation and Gender Identity:** Replaced the term "sexual preference" with sexual orientation; added the term "gender identity".

12.     **Rule XX, Section 3 – Outside Employment**: Dual employment approval is suspended for employees on sick leave, medical, FMLA leave or duty disability due their own illness for the period they are on leave. A department head may grant an exception where the outside employment is not inconsistent with the reason for the leave and would result in undue hardship to the employee.

13.     **Rule XXVI, Section 1 - Reclassification of Employees**: Revised rule for consistency with the New Hiring Plan; clarifies rules regarding reclassification of employees. New positions that are a higher class grade or title must be approved by the Office of Compliance. Employees appointed to a new position must meet the minimum qualifications of the new position.

CAG001497

14.     **Rule XXVIII, Section 2 – Family Illness (Domestic Partner**): Expanded definition of "immediate family member" to include a domestic partner's mother, father, son or daughter, provided the domestic partner is registered with the Dept. of Human Resources.

15.     **Rule XXIX  - Conflict of Interest**: Expanded conflict of interest prohibited conduct and disclosure requirements to include domestic partners.

**Changes effective 3/10/2007** were made to the following Rules:

1.     **Rule IX, Section I - The Probationary Period** is amended to include people covered under the City's collective bargaining agreements and entry level Police Officers, Paramedics and Firefighters.

2.     **Rule XIX, The drug testing policy** was amended to include alcohol.

3.     **Rule XXII, Section 1** - The term transactions changed to actions.

4.     **Rule XXVIII, (All sections except 5)** - The legitimate use of sick leave, family illness, definition of illness, reasonable evidence, confidentiality, procedures and application are all amended.

**Changes effective 1/19/2007** were made to the following Rules:

1.     **Rule VII, Section 4** - Changed to include (MMI) Medical Maximum Improvement  under duty disability.

2.      **Rule XI, Section 3 -** Changed to include (VESSA) Victims' Economic Security and  Safety Act to the list of authorized absences for all employees.

**Changes effective 5/13/2003** were made to the following Rule:

1.      **Rule XVII**, the time period in which a person can file a charge has been extended from 90 days to one year of the occurrence and the procedures to be followed once a charge has been filed are described in more detail.

CAG001498

(c)   The applicant falsified or failed to complete the application form, or otherwise made a false statement or omission of a material fact or practiced fraud or attempted deception in attempting to secure appointment.

(d)   The applicant is unable to perform the essential functions of the position.

(e)   The applicant currently uses cannabis or controlled substances illegally or abuses intoxicating beverages.

(f)   The applicant has been convicted of a crime related to the employment sought. Persons who have engaged in any act or conduct prohibited by state or federal statute or municipal ordinance will be subject to review of such record by the Commissioner of Human Resources or his or her designated representative and may be subject to disqualification.

(g)   The applicant was previously employed by the City and was dismissed for cause, or resigned not in good standing, or the applicant was dismissed for relevant cause by another employer.

## RULE V  -  EQUAL EMPLOYMENT OPPORTUNITY

The City of Chicago is an Equal Employment Opportunity employer.   The City of Chicago follows all applicable federal, state, and local laws and ordinances prohibiting discrimination.

### Section 1 - Discrimination Prohibited

The City of Chicago, through its Human Rights Ordinance, prohibits discrimination based on race, color, sex, gender identity, age, religion, disability (including, but not limited to, those living with HIV), national origin, ancestry, sexual orientation, marital status, parental status, military service or discharge status and source of income.

### Section 2 - Harassment Prohibited

The City of Chicago prohibits unlawful harassment based on race, color, sex, gender identity, age, religion, disability (including, but not limited to, those living with HIV), national origin, ancestry, sexual orientation, military service or discharge status.

The City of Chicago, through its Human Rights Ordinance also prohibits sexual harassment which means any unwelcome sexual advance or request for sexual favors or conduct of a sexual nature when submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or receipt of City services; or when submission to or rejection of such conduct by an individual is used as the basis of an employment or service decision affecting the individual; or when such conduct has the purpose or effect of substantially interfering with the work performance of an employee or creating an intimidating, hostile or offensive work environment.

11

CAG001509

### Section 3 - Retaliation Prohibited

It is a violation of this rule, the City's Diversity, Sexual Harassment Policy and Equal Employment Opportunity Policy and City ordinance to retaliate against or harass any person who asserts his or her rights regarding employment discrimination by: 1) opposing discriminatory practices in the workplace; 2) complaining about conduct prohibited by this policy; 3) complaining to, cooperating with or assisting the Department of Human Resources, or Office of Compliance or individual departments in resolving a complaint of discrimination.

Any action against an employee or applicant which affects the terms and conditions of employment, including but not limited to: refusal to hire, denial of promotion or job benefits, discipline in excess of an oral reprimand, demotion, suspension, or discharge may be considered retaliatory.

### Section 4 - Applicability

This rule applies to applicants, volunteers, consultants and employees, whether paid or unpaid, of the City of Chicago.

### Section 5 - Penalties

Employees found to be in violation of this rule will be subject to discipline, up to and including discharge.

## RULE VI - EXAMINATIONS

### Section 1 - General Provisions

Examinations shall be prepared and conducted under the direction of the Commissioner of Human Resources. Examinations shall be designed to furnish eligible lists as needed for all classes of positions in the Career Service. There are two types of examinations, general employment examinations and promotional examinations. The Commissioner of Human Resources shall determine the minimum requirements for participation in the examination process.

The examination process may include consideration of any or all of the following factors: education, training, experience, knowledge, skills, abilities, personal characteristics, past job performance, seniority, time in grade, physical and/or mental fitness, past behavior, criminal background and other factors as determined to be appropriate by the Commissioner of Human Resources. The method by which such factors are to be considered is to be determined by the Commissioner of Human Resources.

This rule applies to general employment and promotional examinations. Additional provisions applying to promotional examinations are found in Rule X.

Examinations may be held at one time or on an open and continuous basis. Examinations may result in single or multiple eligible lists.

12

CAG001510

### Section 2 - Types of Training and Career Development Programs

The Commissioner of Human Resources shall ensure that the overall training program of the City provides a proper balance between the training of employees to improve their current effectiveness and the development of employees for career advancement. Appropriate methods of on-the-job and off-the-job training shall be utilized as required to effectively satisfy training needs.

Employee development opportunities will be designed and implemented to assist in preparing individuals in the workforce for more effective and efficient performance, as well as for advancement opportunities.

### Section 3 - Use of Non-City Facilities

The Commissioner of Human Resources, or a department head with the approval of the Commissioner of Human Resources, may enter into agreements with universities, colleges and other educational institutions, organizations and individuals for education or training services for employees under planned training programs. The Commissioner of Human Resources may enter into agreements with other public jurisdictions for joint staffing, participation in programs and use of training facilities.

## RULE XVI - GRIEVANCE PROCEDURE

### Section 1 - Scope of the Grievance Procedure

The grievance procedure is a mechanism for resolving employee problems concerning a department's administration of the terms and conditions of employment. The grievance procedure is not intended to modify or change existing rules and regulations insofar as they are applied in a manner that is not arbitrary, capricious or discriminatory. Furthermore, the City retains the exclusive right to control and manage the several departments and to direct the work of employees.

This specifically includes, but is not limited to, the right to select, classify and promote employees. Employees in the categories of Probationary Career Service, Career Service, Provisional and Exempt Seasonal may use the grievance procedure as set forth in this Rule.

In order to assure standard implementation of this Rule, the Commissioner of Human Resources is responsible for establishing methods which monitor the use of all sections of this Rule.

Wage rates, salary schedules and fringe benefits are determined by the City Council. These matters, as well as selection and promotion, position classification, discipline and performance evaluation are not subject to this grievance procedure.

31

CAG001529

### Section 2 - Complaint Defined

A complaint is a problem of an individual employee brought to the attention of her or his immediate supervisor orally or in writing.

### Section 3 - Grievance Defined

A grievance is a written request for review of a department's administration of written or oral rules and regulations which relate directly to the terms and conditions of employment.

### Section 4 - Grievance Review Board

The Grievance Review Board shall consist of three members: the Commissioner of Human Resources, the Budget Director and the Comptroller.

### Section 5 - Employee Rights

No eligible employee shall be prohibited or restrained from using this grievance procedure. Individuals who attempt to interfere with an employee's use of this procedure may be subject to disciplinary action.

Beginning at the second step of this procedure (Section 8), the employee has the right to be accompanied by another City employee. Beginning at the third step of this procedure (Section 9), the employee has the right of representation.

### Section 6 - Employee Complaint Procedure

1. The grievance procedure is initiated by an employee bringing a problem to the attention of the immediate supervisor orally or in writing. The complaint must be made within ten (10) working days of the occurrence of the problem.

2. The supervisor and the employee are urged to make every effort to resolve the problem.

3. Within five (5) working days of the receipt of the complaint, the supervisor shall orally inform the employee of the decision.

### Section 7 - Step One: Filing a Grievance

1. If the employee is dissatisfied with the oral decision, a grievance may be filed with the immediate supervisor.

32

CAG001530

2. The grievance must be filed on the "Grievance Initiation Form" within ten (10) working days of the oral decision. All questions on this form must be answered, stating as many pertinent specifics as possible.

3. The immediate supervisor shall submit a written report and recommendation to the senior supervisor on the "Grievance Disposition Form" within five (5) working days of receipt of grievance.

4. The senior supervisor or her/his designated representative shall investigate the grievance and the immediate supervisor's report and recommendation. Thereafter, the senior supervisor shall render a decision, in writing, within five (5) working days after receiving the immediate supervisor's report and recommendation. The senior supervisor shall use the "Grievance Disposition Form".

### Section 8 - Step Two: Department Head Review

1. If the employee is dissatisfied with the senior supervisor's decision, she or he may request a review of the decision by the department head. The employee must request this review within five (5) working days of the receipt of the senior supervisor's decision. The employee shall use the "Grievance Appeal Form."

   The department head or her or his designated representative shall undertake the review using procedures that facilitate timely and fair resolution of the dispute. The department head shall inform the employee in writing of her or his decision within ten (10) working days of the receipt of the employee's request for review.

   The department head will, at the time of issuing the written decision, supply the Grievance Review Board with copies of all appropriate material used in the department review. The department head shall also provide a brief, written explanation of the grounds for the disposition of the grievance.

### Section 9 - Step Three: Appeal to the Grievance Review Board

1. If the employee is dissatisfied with the department head's review and decision, the employee may make an appeal to the Grievance Review Board within five (5) working days of the receipt of the department head's decision. The employee shall use the "Grievance Appeal Form".

2. The Board shall conduct a hearing of the appeal as soon as practicable. The hearing may be conducted by the Board, Board member(s) or by a Fact Finder designated by the Board. The employee and the department will be given an opportunity to present evidence at the hearing. The hearing will be informal and not bound by strict rules of evidence.

CAG001531

The function of the Fact Finder is to assemble all available facts surrounding the grievance and, thereafter, issue a written report to the Board. The Board shall advise both the employee and the department head of its decision in writing. The decision of the Board is final and binding.

3. If a grieving employee works under the direction of a member of the Grievance Review Board, that Board member shall not participate in the grievance review. The remaining two (2) members of the Board will appoint a third department head to serve on the Board for that grievance.

4. Three (3) months from the date of the Board's decision, the department head shall submit a report to the Board regarding the implementation of the decision.

### Section 10 - Discrimination Charges

This grievance procedure may be used by an employee who has a problem involving a discrimination charge. An employee who files a grievance involving discrimination under this Rule XVI may not file a discrimination charge under Rule XVII for such alleged discrimination.

### Section 11 - General Provisions

Modification of Time Limits - Each party to a grievance shall respond in such manner that the grievance shall be promptly resolved. However, with the written consent of both parties, the time limits outlined in this Rule may be extended for no longer than a matching period of time.

Failure to Observe Time Limits - Failure of any delegated representative of the City to respond within the time limits shall entitle the employee to carry the grievance to the next higher step in the grievance procedure. Failure of an employee to comply with the time limits outlined in this Rule or as modified shall be deemed to constitute a withdrawal and waiver of her or his claim.

Use of City Time - The employee shall be allowed reasonable working time to file a grievance, a request for review, or an appeal, and to attend related hearings. This use of time shall not interfere with the regular operations of the department.

Definition of Working Days - "Working Days" in this Rule shall mean all days other than Saturday, Sunday, and legal holidays. Saturday, Sunday, and legal holidays shall be excluded in computing the number of days within which action must be taken or notice given within the terms of this Rule.

Withdrawal of Grievance - An employee may request withdrawal of a grievance at any time.

Effective Date and Precedent Setting Value of Grievance Resolutions - Any resolution of a complaint below the level of the Grievance Review Board shall not set a

CAG001532

precedent for the resolution of other grievances. Any resolution of a complaint or grievance by an immediate supervisor or a senior supervisor that would result in the expenditure of funds or additional time off, shall not be effective unless and until approved by the appropriate department head.

Meetings Between the Parties - All parties to a grievance are urged to meet to resolve the problem.

Designation of Senior Supervisor(s) - The department head shall designate one or more senior supervisors for the purpose of investigation and resolution of grievances.

Employees Covered Under Other Grievance Procedures - Any employee covered by a grievance procedure negotiated under collective bargaining processes is not eligible to file a grievance under this Rule.

## RULE XVII - COMPLAINTS OF DISCRIMINATION

### Section 1 - Rights protected

Any employee or applicant for City employment who believes that he/she has been discriminated against on the basis of race, color, sex, gender identity, age, religion, disability (including, but not limited to, those living with HIV), national origin, ancestry, sexual orientation, marital status, parental status, military service or discharge status or source of income may file a complaint with the City of Chicago - Office of Compliance or his/her department's EEO Liaison.

Any person who believes that they have been subjected to harassment by a City employee on the basis of race, color, sex, gender identity, age, religion, disability (including, but not limited to, those living with HIV), national origin, ancestry, sexual orientation, military service or discharge status may file a complaint with the Office of Compliance or his/her department's EEO Liaison.

### Section 2 - Exceptions

Any person making a complaint of discrimination or harassment concerning the Chicago Police Department or the Chicago Fire Department must make that complaint in accordance with the General Orders in effect in both departments.

### Section 3 - Making Complaints

Anyone who believes that he/she has been subjected to any action, decision or harassment in violation of this policy, or who witnesses another being subjected to improper conduct may make a complaint or report to the Office of Compliance or his/her department's EEO Liaison.

35

CAG001533

Supervisors, managers, or human resources personnel who receive complaints or who become aware of any harassment in violation of this policy must notify the Office of Compliance. Supervisors and managers should also encourage individuals who believe that the City of Chicago's Diversity and Equal Employment Opportunity Plan has been violated to consult with a representative of the Office of Compliance.

An individual who believes that this policy has been violated may report the incident orally or in writing. Where the complaint is taken orally, the manager or supervisor receiving the complaint or the Office of Compliance staff member shall document the complaint in writing. The Office of Compliance will assist any individual to determine whether the conduct or decision complained about would violate City policy if found to be true.

Persons who wish to discuss a possible violation of this policy without revealing their identity may do so by telephoning or writing the Office of Compliance. In such cases, the Office of Compliance shall investigate, if warranted, or take such follow-up action as may be appropriate and possible, given the constraints required by anonymity.

If any employee knowingly makes a false accusation of discrimination or knowingly provides false information in the course of an investigation of a complaint, such conduct may be grounds for discipline. A complaint made in good faith, even if found to be unsubstantiated, will not be considered a false accusation.

### Section 4 - Time limits

A complaint of unlawful discrimination or harassment must be filed within one year of the event giving rise to the complaint. For harassment complaints, a series of acts, some of which may predate the one-year time limit will be considered so long as the most recent complaint of harassment occurred no more than one year prior to the filing of the complaint and the untimely allegations appear to constitute a pattern of harassment such that all the allegations should be considered together. If the complaint has not been filed within the time limit, the employee will be deemed to have waived his/her complaint.

A complaint of retaliation must be filed within three years of the date of the original complaint of discrimination or harassment giving rise to the alleged retaliation. In the discretion of the Diversity Officer, allegations occurring outside the time limit may be considered if there is clear and convincing evidence of a causal connection between the claimed retaliatory action and the original complaint.

The filing of a complaint of discrimination does not limit, extend, replace, or delay the right of any person to file a similar charge with the Chicago Commission on Human Relations or any state or federal agency having authority to hear matters of discrimination charges.

CAG001534

### Section 5 - Privacy

All complaints and investigations will be handled, to the extent possible, in a manner that will protect the confidentiality of those involved. Complaints of discrimination may be discussed with other persons who may have information about the complaint and those who have a legitimate need to know about the facts or resolution of a complaint. Also, in many circumstances, the law requires the City to disclose information provided to the Office of Compliance to other governmental agencies. The Office of Compliance will provide notice to the Office of the Inspector General of all complaints.

### Section 6 - Disposition

The Diversity Officer or his/her designee shall direct the investigation of the complaint. The Diversity Officer shall report the results of such investigation to the person who filed the complaint in writing.

The Office of Compliance shall make a final decision regarding the complaint based on a report prepared by the Diversity Officer and his or her staff. The complainant, his/her Department Head, and the department's EEO Liaison will receive written reports of the investigation and final disposition rendered by the Office of Compliance.

The Department Head must either comply with the decisions rendered by the Office of Compliance or within 30 days of receiving the report of the Office of Compliance explain in writing the reasons that he or she has taken another or no action.

### RULE XVIIA - DISABILITY APPEAL PROCEDURE

### Section 1 - Appeal Procedure for Employees/Applicants Rejected

Any applicant or employee who is rejected for City employment based on a physical examination, and who believes such rejection is based on a disability which,

(a)  under law, the City is required to reasonably accommodate to allow the person to perform the essential functions of the position in question; or,

(b)  does not exist, or exists, but does not prevent the person from performing the essential functions of the position;

may file a written appeal with the Commissioner of Human Resources within ten (10) days of receipt of written notice of such rejection. If mailed, notice shall be deemed to be received five (5) days after mailing. The written appeal may be delivered to the Department of Human Resources, Room 1100, City Hall, during regular business hours,

CAG001535

or mailed by certified mail, return receipt requested. The appeal must include the name, address, and telephone number of the person rejected, the position and department or agency involved, the circumstances of the rejection and any matters, including any medical evidence, which the person believes supports the appeal. The Commissioner of Human Resources shall cause the appeal to be investigated which may, but need not, include consultations with City or other physicians. The Commissioner of Human Resources may, but need not, direct that the person be re-examined at City expense. The Commissioner of Human Resources shall render a decision in the appeal which shall be binding on the applicant, employee and agency or department head.

## Section 2 - Exemptions

This Rule does not apply to sworn positions in the Department of Police or to any position in the Fire Department.

## RULE XVIII - DISCIPLINARY ACTIONS AND PROCEDURES FOR CAREER SERVICE EMPLOYEES

### Section 1 - Causes for Disciplinary Action

The City of Chicago has an interest in promotion of order and general welfare of all employees, as well as the general public. The City of Chicago, a public employer, requires that its employees perform their duties in a manner which furthers the efficiency and best interests of the City, and which results in the highest level of public trust and confidence in municipal government.

The department head has the authority and responsibility to take disciplinary action against any employee whose conduct does not further the efficiency and best interests of the City of Chicago. The degree of discipline to be meted out is dependent on various factors including, but not limited to, the seriousness of the offense, the employee's work record and the totality of the circumstances. The following conduct, discussed below, when engaged in by an employee, will result in disciplinary action which may include discharge unless the employer, taking all circumstances into account, deems it to be excusable.

As with all the Personnel Rules, it should be noted that if an employee is covered by a Collective Bargaining Agreement, that agreement shall govern in the event of a conflict between any part of this Rule and any such agreement. Employees covered by such agreement can only be discharged for just cause.

### TARDINESS/ABSENTEEISM

1. Absence without leave. While a department head may discipline an employee for an absence without leave of any duration, including discharge in appropriate

38

CAG001536

circumstances, a department head is required to initiate discharge action against an employee who is absent without leave for five (5) consecutive work days.

2. Leaving the department, office or work site without proper authorization.

3. Failing to call in advance when tardy or not showing up for work.

4. Having an irregular or excessive absence or tardiness record or a pattern of repeated absence or tardiness at a specific time or on specific days of the week or month or in relation to holidays.

5. Failure to return to work on time after breaks, lunch or rest periods without prior authorization to extend the time of such breaks, lunch, or rest period.

## MISREPRESENTATION

6. Failing to disclose any information requested or providing a false or misleading answer to any question in any application, questionnaire, information form or other document provided by the City.

7. Falsely representing to a superior the quality and/or quantity of work performed by either the employee making the representation or any other employee.

8. Making false, inaccurate or deliberately incomplete statements in an official inquiry, investigation or other official proceeding.

9. Fraud in securing employment.

10. Requesting or accepting a leave of absence on fraudulent grounds.

11. Falsification of any attendance or other employment records.

12. Engaging in a profession, business, trade, investment, occupation or other activity which results in a conflict of interest with present City employment.

13. Use of sick leave in an unauthorized manner for purposes other than allowed under City rules and regulations.

## CRIMINAL OR IMPROPER CONDUCT

14. Involvement in the illegal sale, delivery, receipt, possession or use of any controlled substance either on or off the job site during hours of employment or non-working time.

15. Engaging in any act or conduct prohibited by the Municipal Code of the City of Chicago, the Illinois Compiled Statutes, applicable laws of other states, or federal statutes.

CAG001537

16. Possessing, carrying, storing, or using dangerous chemicals or any hazardous substance as defined by the Uniform Hazardous Substances Act of Illinois on the job when not authorized to do so.

17. Misappropriating any funds of the City or any other public or private organization.

18. Gambling or betting during working time or on work premises.

19. Theft or unauthorized possession of City of Chicago or other public property, or use of such property for unauthorized purposes; having other City employees perform services or directing other City employees to perform services for unauthorized purposes or accepting the benefits of such performance.

20. Retaliation against an employee who reasonably and in good faith has filed a grievance, charge or complaint regarding the terms or conditions of employment; and/or against an employee who has properly testified, assisted or participated in any manner in an investigation, proceeding or hearing regarding such grievance, charge or complaint.

21. Using one's official status as a public employee to effectuate the sale, disposal or exchange of property or other object of value belonging to any member of the public through fraud, theft, or misrepresentation or complicity with others in such acts.

22. (Repealed 2/95 and reserved for future amendment; see Rule V and Rule XVIII, Section 1, #42, (a), (b), (c), and (d).

23. Discourteous treatment, including verbal abuse, of any other City employee or member of the public. Provoking or inciting another employee or member of the public to engage in such conduct.

24. Reporting for work under the influence of alcohol or drugs; drinking alcoholic beverages or using drugs not prescribed or in a manner not prescribed by a physician during working hours; possession of alcohol or illegal drugs while on duty.

25. Insubordinate actions, including failure to carry out a rule, order or directive related to the performance of the employee's duty; assaulting, threatening, intimidating or abusing a supervisor either physically or verbally.

26. Restricting production output, encouraging others to do so or supporting others doing so.

27. Giving preferential treatment in the course of employment to any organization or person unless authorized by law.

CAG001538

28. Loss of professional or other license or failing to attain prerequisites necessary to obtain or renew professional or other license when such a license is required to meet the standards of the position.

## CONDUCT INVOLVING JOB PERFORMANCE

29. Failing to take action as needed to complete an assignment or perform a task safely.

30. Solicitation of other employees for any purpose, during the working time of the employee soliciting or being solicited, or in areas to which the public has access for the purpose of transacting business relating to City government.

31. Using the office, work site, work locations, work vehicle, work tools or work materials and supplies to conduct a secondary business, trade or occupation.

32. Treating discourteously any member of the public where such person can reasonably believe that the employee is acting within the scope of her or his employment.

33. Interfering with others on the job.

34. Distributing literature in any working area, or area where City business is conducted with members of the public, during the work time of the employee who is distributing or the employee who is receiving the literature, except in the course of performing the duties of the position.

35. Acting negligently or willfully in the course of employment so as to damage public or private property or cause injury to any person.

36. Failing to comply, in carrying out any acts in the scope of employment, with laws or departmental rules governing health, safety, and sanitary conditions.

37. Mismanagement or waste of funds.

38. Inattention to duty including loafing, sleeping on duty, or loitering in the work area.

39. Incompetence or inefficiency in the performance of the duties of the position. This means performance of the duties of the position at a level lower than that ordinarily expected of other employees in similar positions, due either to lack of ability, knowledge or fitness, lack of effort or motivation, carelessness or neglect.

40. Solicitation or acceptance for personal use of any fee or other valuable thing which may be construed as a bribe; that is when such fee, gift, or other valuable thing is solicited by or given to the employee, in hope or expectation of receiving

41

CAG001539

treatment better than that accorded other persons, or using one's office so as to give the appearance of such impropriety.

## VIOLATIONS OF CITY POLICY AND RULES

41. Failure to be an actual resident of the City of Chicago.

42. Discrimination against an employee or applicant because of race, color, religion, sex, disability (including, but not limited to, HIV – status), national origin, ancestry, age over 40, sexual orientation, or gender identity. Discrimination in the performance of job duties against any member of the public because of race, color, religion, sex, disability (including, but not limited to, HIV – status), national origin, ancestry, age over 40, sexual orientation, or gender identity.

   (a) Sexual harassment, which means any unwelcome sexual advance or request for sexual favors or conduct of a sexual nature when submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment or receipt of City services; or when submission to or rejection of such conduct by an individual is used as the basis of an employment or service decision affecting the individual; or when such conduct has the purpose or effect of substantially interfering with the work performance of an employee or creating an intimidating, hostile or offensive work environment. Conduct which can, in certain circumstances, be considered sexual harassment includes but is not limited to sexually suggestive offensive remarks, sexually suggestive pictures, sexually suggestive gesturing, verbal harassment or abuse of a sexual nature, subtle or direct propositions for sexual favors, and touching, patting or pinching.

   (b) Failure of a supervisor, who is having a romantic relationship with any City employee over whom he or she has supervisory authority, to report this fact to his or her supervisor.

   (c) Failure of a supervisor, who is aware of or reasonably should be aware of sexually harassing conduct by another employee, to report that conduct as required by the City's Policy on Sexual Harassment, whether or not anyone complains about such conduct.

   (d) Failure to cooperate with and truthfully answer inquiries of the City's Sexual Harassment Officer.

43. Failure to comply with the requirements of secondary employment as delineated in Personnel Rule XX, Section 3.

44. Violation of confidentiality of personnel records of City employees or other municipal records.

42

CAG001540

45. Any act or conduct in violation of, or failing to perform any duty required by, the Ethics Ordinance, Chapter 2-156 of the Municipal Code of Chicago, as amended.

46. Failure to report misconduct by City employees to the proper City authority.

47. Failure to immediately report to a supervisor any on duty accident or injury which the employee is involved in or observes.

48. Violating any departmental regulations, rules or procedures.

49. Unauthorized entry into City facilities, any part thereof, or unauthorized presence on City property.

50. Conduct unbecoming an officer or public employee.

51. Violating the City's drug and alcohol testing policy. A department head is required to initiate a discharge action against any employee who tests positive for illegal drugs and/or alcohol use; refuses to cooperate with testing procedures; is found to be under the influence of illegal drugs or alcohol while on duty and on the employer's premises; is found in possession of alcohol, drugs or drug paraphernalia; or is found selling or distributing drugs or drug paraphernalia on the employer's premises.

52. Failure to pay an overdue debt owed to the City within thirty (30) days of receiving a demand therefore, unless the employee:

    (1) has entered into an agreement with the City of Chicago through the appropriate department for the payment of all debts owed to the City and is in compliance with the agreement; or

    (2) is contesting liability for the amount of the debt in a pending administrative or judicial proceeding; or

    (3) has filed a petition in bankruptcy and the debts owed the City are dischargeable in bankruptcy.

53. Any act or conduct in violation of, or failing to perform any duty required by, Personnel Rule XXIX - Conflict of Interest.

54. Any act of violence in the workplace or violation of the City's Violence in the Workplace Policy. Violence includes written or verbal communications, whether direct or indirect, which are of a threatening, intimidating or coercive nature; the threat or use of physical force, including fighting or horseplay; stalking; vandalism or destruction of property; and the use or possession of any weapon and/or ammunition, unless the specific weapon and/or ammunition is authorized by the City for a particular work assignment. For the purpose of this paragraph, violence does not include actions taken by security personnel within the scope of their employment, but does include such employees' actions with

43

CAG001541

respect to co-workers. Specific acts or omissions which are in violation of the Violence in the Workplace Policy include:

(a) Failure of a manager or supervisor to implement and maintain safe workplace practices, including the Violence in the Workplace Policy, or failure to communicate the Policy to subordinates.

(b) Failure of an employee, including a manager or supervisor, to report an incident of violence in the workplace or any potentially dangerous situation to his or her supervisor or the departmental Violence in the Workplace Liaison.

(c) Failure of an employee, including a manager or supervisor, to promptly report an incident of violence to law enforcement authorities when the employee knows or should know that a violation of law may have occurred and the employee is unable to report the incident to the employee's supervisor or departmental Violence in the Workplace Liaison.

(d) Failure of an employee, including a manager or supervisor, to notify his or her supervisor and departmental Violence in the Workplace Liaison when an Order of Protection has been obtained by or against the employee naming City premises.

(e) Failure of an employee, including a manager or supervisor, to cooperate with a Violence in the Workplace Liaison or the City's Violence in the Workplace Coordinator in the course of an investigation of workplace violence.

(f) Failure of an employee, including a manager or supervisor, to assist persons injured as a result of workplace violence, including summoning EMS personnel, staying with the injured person(s) until EMS arrives, and assisting City officials in reaching the emergency contacts of any injured person(s).

(g) Retaliation against any person for having made a good faith complaint or report of violence in the workplace, or participating in or aiding an investigation of violence in the workplace.

55. Excessive force or other improper use of authority by security personnel.


### Section 2 - Progressive Discipline

(a) The City of Chicago approves of the concept of progressive and corrective discipline for Career Service employees and recommends its use when appropriate. Progressive discipline is a systematic approach to correct unwanted behavior and deter its occurrence by administering disciplinary actions based upon various factors, including, but not limited to, the severity of the infraction,

44

CAG001542

the number of times it has occurred, and the totality of the circumstances surrounding the misconduct. The City of Chicago uses progressive discipline at its discretion and does not solely rely on this concept in every instance when taking disciplinary action.

While it is not possible to list every act which will or might result in disciplinary action, actions itemized in Section 1 reflect conduct which is deemed to be inappropriate and which may result in disciplinary action. This list is not exhaustive, but is offered instead to generally provide notice of inappropriate conduct. Supervisors may deem that conduct other than that itemized above is improper and warrants discipline. Further, the department head, or her/his designee, has the discretion to determine what degree of discipline is appropriate after weighing all the situational factors involved in the misconduct.

(b) **TYPES OF DISCIPLINARY ACTION** - The types of disciplinary action which may be imposed include the following:

Reprimand, which is a censure expressing formal disapproval of the actions of an employee, but carrying no loss of privileges. A reprimand may be oral or in writing, but in either case is made part of the employee's record.

Suspension, which is the temporary removal from employment, accompanied by a concurrent and temporary loss of the privileges of employment, including, but not limited to, salary or wages. The department head has authority to suspend an employee for thirty (30) days or less.

Demotion, which is the reduction of the grade or class of employment and corresponding permanent reduction in salary or wages.

Discharge, which is the act of dismissal from employment and the permanent loss of all privileges of employment. Discharge includes the withdrawal of any right to reinstatement from layoff or leave of absence.

### Section 3 - Notification - Suspensions of Thirty (30) Days or Less

Whenever a disciplinary action is to be taken against a Career Service employee, except where the disciplinary action is an oral reprimand, the employee shall be notified in writing and on a timely basis, of such action. The notification shall include a description of and cause for the disciplinary action. As appropriate, the Career Service employee shall further be advised as follows:

(a) If the disciplinary action is a suspension of not more than ten (10) days, the employee has the right to request a department review of the actions. Such request must be submitted in writing to the department head within five (5) working days of the notification of the disciplinary action.

(b) If the disciplinary action is a suspension of more than ten (10) days and less than thirty-one (31) days, or a second suspension within a six-month period, the

CAG001543



# CITY OF CHICAGO
# DEPARTMENT OF WATER



## RECORD OF VERBAL COUNSELING

1st. Notice ✓      2nd. Notice _____

NAME   *OPHELIA CAGE*      DATE   *4/7/92*

DEPARTMENT   *WATER*

BUREAU   *SERVICE*

SECTION   *COLLECTION*

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK X | |
| ABSENT _____ | ATTITUDE _____ | |

REMARKS (Please be specific) *ON 3/23/92 YOU WERE ASSIGNED TO ROUTE 7969 TO READ WATER METERS. YOU FAILED TO COMPLETE THE ASSIGNMENT AND TURNED IN A REPORT THAT YOU HAD READ 34 METERS ACTUALLY UPON RECOUNT THE NUMBER OF METERS READ WAS 11. PLEASE BE ADVISED THAT YOU MUST TRY HARDER TO COMPLETE ASSIGNMENTS AND ALSO TURN IN AN ACCURATE REPORT FOR DAYS WORK.*

**EXHIBIT**
**3**

*P. Mulligan*
SIGNATURE OF SUPERVISOR

*REFUSED TO SIGN 4-7-90*
SIGNATURE OF EMPLOYEE

White copy to personnel file     Yellow copy to supervisor     Pink copy to employee

CAG001042

C.A.δ.ε



# CITY OF CHICAGO
# DEPARTMENT OF WATER



## RECORD OF VERBAL COUNSELING

1st. Notice ✓                    2nd. Notice _____

NAME _Ophelia Cage_                    DATE _10-1-92_

DEPARTMENT _WATER_

BUREAU _WATER SERVICES_

SECTION _Collections_

### VIOLATION

| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK ✓ | _____ |
| ABSENT _____ | ATTITUDE _____ | _____ |

REMARKS (Please be specific) _ON 9/25/92, Meter Located at_
___ W 24th Street was Report (OBST). Ratetaker
John Hill Located + read Same Meter 9/29/92,
verified by Supervisor- 10/1/92 with Ratetaker
reason for verbal counseling Defective Work

_Leroy Taylor_                    _Ophelia Cage_
SIGNATURE OF SUPERVISOR                    SIGNATURE OF EMPLOYEE

White copy to personnel file          Yellow copy to supervisor          Pink copy to employee

CAG001039

SSN _____

Date ___6-10-93___



# CITY OF CHICAGO
# WRITTEN REPRIMAND

CITY OF CHICAGO
Richard M. Daley
Mayor

Employee ___Ophelia Cage___ Payroll No. ___4251___

Department
Bureau
Division ___Water Service / Field___

Job Title ___Water Ratetaker___ Immediate Supervisor ___Leroy Taylor___

Date of Violation ___4-13-93___ Time ___Varied___ Location ___Varied___

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is: _On 4-13-93 you turned in wrong or incomplete readings on 7 of 1st 10 stops. This is unacceptable performance of job as water rate taker_

This action is a violation of: ___Section 39___
_Incompetence or inefficiency in the performance of the duties of the position. This means performance of the duties of the position at a lower level than that ordinarily expected of other employees in similar positions, due either to lack of ability, knowledge or fitness, lack of effort or motivation or carelessness or neglect._
A repetition of the above violation may result in further disciplinary action.

_Ophelia Cage refused to sign._

_____     Date          ___Leroy Taylor___     ___6-10-93___
Employee Signature              Signature of Supervisor              Date
(If employee refuses to sign, please so indicate.)     Issuing Reprimand

___S.V.___
Title

## A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy—To Employee     Yellow Copy—To Department Head     Pink Copy—To Immediate Supervisor

Rev 11/89   PER-20

CAG001038



SSN ▮▮▮▮▮▮

Date _09 MARCH 94_



# CITY OF CHICAGO
# WRITTEN REPRIMAND

**CITY OF CHICAGO**
**Richard M. Daley**
**Mayor**

Employee _OPHELIA CAGE_ Payroll No. _4251_

Department _WATER_
Bureau _SERVICE_
Division _COLLECTION / FIELD_

Job Title _WATER RATE TAKER_ Immediate Supervisor _LEROY TAYLOR_

Date of Violation _FEB. 25, 1994_ Time _DURING WORKING HOURS_ Location _ETE#8057 086,087 088,089,104_

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is: _ON FRIDAY FEBRUARY 25, 1994 OPHELIA CAGE (W.R.T.) FAILED TO LOCATE SEVERAL WATER METERS, ALTHOUGH MS. CAGE HAD ALL the CORRECT INFORMATION OF PREMISES METER LOCATION AND CORRECT ACCESS NOTES_

This action is a violation of: _RULE XVIII SECT 1 CAUSES FOR DISCIPLINARY ACTION_
_CONDUCT INVOLVING JOB PERFORMANCE_
_3) INCOMPETENCE IN THE PERFORMANCE OF DUTIES OF THE POSITION. THIS MEANS PERFORMANCE OF THE DUTIES OF THE POSITION AT A LEVEL LOWER THAN THAT ORDINARILY EXPECTED OF OTHER EMPLOYEES IN SIMILAR POSITIONS DUE EITHER TO LACK OF ABILITY, KNOWLEDGE OR LACK OF EFFORT OR MOTIVATION CARELESSNESS OR NEGLECT._

Repetition of the above violation may result in further disciplinary action.

_O. Cage_ _3/10/94_
Employee Signature Date
(If employee refuses to sign, please so indicate.)

X_ Leroy Taylor_ _3/10/94_
Signature of Supervisor Date
Issuing Reprimand

_SUPERVISOR WATER RATE TAKER_
Title

## A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy—To Employee     Yellow Copy—To Department Head     Pink Copy—To Immediate Supervisor

Rev 11/89   PER-20

CAG000494



SSN _____

Date _____ April 13, 1994 _____

# CITY OF CHICAGO
# WRITTEN REPRIMAND

**CITY OF CHICAGO**
**Richard M. Daley**
**Mayor**

Employee _____ Ophelia Cage _____ Payroll No. 4251 _____

Department _____ Water
Bureau _____ Water Services
Division _____ Collection

Job Title _____ Water Rate Taker _____ Immediate Supervisor _____ Leroy Taylor

Date of Violation _____ Time _____ Location _____

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is:  On 3-3-94, Water Rate Taker, Cage turned in an erroneous reading at ▓▓▓▓▓ Kimbark.

This action is a violation of:  Rule XVIII Disciplinary Actions and procedures for Career Service employees conduct involving job performance. (39) Incompetence or inefficiency in the performance of the duties of the position. This means performance of the duties of the position at a level lower than that ordinarily expected of other employees in similar positions, due either to lack of ability, knowledge or lack of effort or motivation carelessness or neglect.

A repetition of the above violation may result in further disciplinary action.

Employee Signature _____ Date _____
(If employee refuses to sign, please so indicate.)

Signature of Supervisor _____ Date _____
Issuing Reprimand

Title _____

### A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy—To Employee    Yellow Copy—To Department Head

SS: ██████████

Date  Nov. 22, 1994



# CITY OF CHICAGO
# WRITTEN REPRIMAND

CITY OF CHICAGO
Richard M. Daley
Mayor

Employee  Ophelia Cage

Payroll No.  4251

Department  Water
Bureau  Water Services
Division  Collection

Job Title  Water Rate Taker          Immediate Supervisor  Leroy Taylor

Date of Violation  8-19-94          Time  7am - 3:30pm          Location  5440 S. M.L. King Dr.

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is:  On 8-19-94, Water Rate Taker, Cage turned in an erroneous Meter Comment Code at ████ S. M.L. King Dr.

This action is a violation of:  Rule XVIII Disciplinary Actions and procedures for Career Service employees conduct involving job performance. (39) Incompetence or inefficiency in the performance of the duties of the position. This means performance of the duties of the position at a level lower than that ordinarily expected of other employees in similar positions, due either to lack of ability, knowledge or lack of effort or motivation carelessness or neglect,
\repetition of the above violation may result in further disciplinary action.

O. Cage          12-01-94          Leroy Taylor          12-1-94
Employee Signature          Date          Signature of Supervisor          Date
(If employee refuses to sign, please so indicate.)          Issuing Reprimand

Title  Supv.

## A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy—To Employee          Yellow Copy—To Department Head          Pink Copy—To Immediate Supervisor

Rev 11/89   PER-20

CAG000492



SS# ███████

Date  Sept. 14, 1994

# CITY OF CHICAGO
# WRITTEN REPRIMAND

CITY OF CHICAGO
Richard M. Daley
Mayor

Employee  Ophelia Cage

Payroll No. 4251

Department  of Water
Bureau  Services
Division  Collection

Job Title  Water Rate Taker          Immediate Supervisor  Leroy Taylor

Date of Violation  Sepp. 1, 1994     Time  7am - 3pm      Location

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is:   On 9-01-94, Water Rate Taker, Cage turned in an erroneous reading at ████ W. 43 St.

This action is a violation of:   Rule XVIII Disciplinary Actions and procedures for Career Service employees conduct involving job performance. (39) Incompetence or inefficiency in the performance of the duties in the position. This means performance of the duties of the position at a level lower than that ordinarily expected of other employees in similar positions, due either to lack of ability, knowledge or lack of effort or motivation carelessness or neglect.
A repetition of the above violation may result in further disciplinary action.

Employee Signature          Date          Signature of Supervisor          Date
(If employee refuses to sign, please so indicate.)          Issuing Reprimand

9-16-94                                     9-15-94

Title  Supv./ W.A.T.

**A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.**

White Copy—To Employee     Yellow Copy—To Department Head     Pink Copy—To Immediate Supervisor

Rev 11/89  PER-20

CAG000493



# CITY OF CHICAGO
# DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st. Notice ____ ✓          2nd. Notice _____

NAME _Ophelia Cage_          DATE _4-17-95_

DEPARTMENT _Water_

BUREAU _Water Service_

SECTION _Collection_

## VIOLATION

| LATE ARRIVAL ____ | SAFETY VIOLATION ____ | OTHER |
| EARLY DEPARTURE ____ | DEFECTIVE WORK ✓ | |
| ABSENT ____ | ATTITUDE ____ | |

REMARKS (Please be specific) _On 2-1-95 Ratetaker Ophelia Cage turned in erroneous information on building located at ███ W 19th Street. She claimed bldg she and me there is a key for building that works._

_Cage's Reply,_
_Key did not work for her, either lock froze or wrong key. She tried to open lock, lock did not open._

_[signature]_                    _Refused to sign_

SIGNATURE OF SUPERVISOR

CAG000491



Sus.  ████████████

Date __August 31,1995__

**CITY OF CHICAGO**
**CITY OF CHICAGO**
**Richard M. Daley**      **SUSPENSION NOTICE**
**Mayor**                 For Career Service (CS) Employees

Employee __Ophelia Cage__                          Payroll No. __4251__

Department __Water__
Bureau __Water Services__
Division __Collection/Field__

Job Title __Water Rate Taker__     Immediate Supervisor __Danny Pilas__

In accordance with the City of Chicago's Personnel Rule XVIII, Section 2, you are hereby suspended

effective at __7:00__ A.M./P.M.xon __Sept.7,1995__ for __One__ calendar days.

You are to return to work on __Sept.8,1995__

The cause for this suspension is:   On July 18,1995, Water Rate Taker Cage turned in
eight can __not__ locate (C.L.) on Route #7119 and on June 13,16,26 and 27,
1995 turned in numerous erroneous readings on Route #8053,8058,8001 and
7762.

This action is a violation of:   Rule XVIII Disciplinary Actions and procedures for
Career Service employees. Section I-Paragraphs #7,29,39 and 48.

A repetition of the above violation may result in further disciplinary action.

Employee Signature    09-06-95       Signature of Supervisor    9/5/95
Date                                 Issuing Suspension         Date
(If employee refuses to sign, please so indicate.)

__Chief Water Rate Taker__
Title

**RIGHTS OF APPEAL:**
Career Service employees who are suspended for ten (10) days or less may request in writing a review of the
disciplinary action before their Department Head. If the period of suspension is for more than ten (10) but less
than thirty-one (31) days or is a second suspension within a six-month period, the suspension may be appealed in
writing to the City Personnel Board. Any such requests must be made within 72 hours of the notification of the
disciplinary action.

White Copy—To Employee
Yellow Copy—To Department Head        Pink Copy—To Immediate Supervisor
                                      Goldenrod Copy—To Department of Personnel (with PER-14)

                                                Revised 4/89        **PER-21**

CAG000490



**CITY OF CHICAGO**
Richard M. Daley
Mayor

Date ___ **July 22, 1996**

# CITY OF CHICAGO
## SUSPENSION NOTICE
### For Career Service (CS) Employees

Employee ___ **Ophelia Cage** ___ Payroll No. **4251**

Department ___ **Water**
Bureau ___ **Service**
Division ___ **Field/Collection**

Job Title ___ **Water Rate Taker** ___ Immediate Supervisor ___ **Leroy Taylor**

In accordance with the City of Chicago's Personnel Rule XVIII, Section 2, you are hereby suspended

effective at ___ **7:00** ___ A.M./P̶M̶ on ___ **July 24, 1996** ___ for ___ **Three (3)** ___ calendar days.

You are to return to work on ___ **July 29, 1996** ___.

The cause for this suspension is: **Between December 1995 & June 1996 you recorded numerous erroneous readings on your assigned routes.**

*Would Not Sign PN.*

This action is a violation of: **Rule XVIII Disciplinary Actions and Procedures for Career Service Employees. Section I Paragraphs #7, 29, 39, and 48.**

A repetition of the above violation may result in further disciplinary action.

Employee Signature _____ Date _____
(If employee refuses to sign, please so indicate.)

Signature of Supervisor _____ Date **7-23-96**
Issuing Suspension

**Supervisor Water Rate Taker**
Title

**RIGHTS OF APPEAL:**
Career Service employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action before their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension within a six-month period, the suspension may be appealed in writing to the City Personnel Board. Any such requests must be made within 72 hours of the notification of the disciplinary action.

White Copy—To Employee
Yellow Copy—To Department Head

Pink Copy—To Immediate Supervisor
Goldenrod Copy—To Department of Personnel (with PER-14)

Revised 4/89 ___ **PER-21**

CAG000811

 

# CITY OF CHICAGO
## DEPARTMENT OF WATER

# RECORD OF VERBAL COUNSELING

1st. Notice  X          2nd. Notice _____

NAME  *OPHELIA CAGE*          DATE  *6-20-96*

DEPARTMENT  *WATER*

BUREAU  *SERVICES*

SECTION  *COLLECTION*

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL ____ | SAFETY VIOLATION ____ | OTHER |
| EARLY DEPARTURE ____ | DEFECTIVE WORK  X | ____ |
| ABSENT ____ | ATTITUDE ____ | ____ |

REMARKS (Please be specific)  *DURING THE MONTH OF MAY, 1996 YOU HAD A 25% LOCK-OUT RATIO TO READING RATIO.*

SIGNATURE OF SUPERVISOR                    SIGNATURE OF EMPLOYEE

White copy to personnel file          Yellow copy to supervisor          Pink copy to employee

CAG000489



# CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st. Notice ✓                    2nd. Notice _____

NAME  *Ophelia Cage*                    DATE  *12-6-96*

DEPARTMENT  *Water*

BUREAU  *Water Services*

SECTION  *Collections*

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK ✓ | _____ |
| ABSENT _____ | ATTITUDE _____ | _____ |

REMARKS  (Please be specific)

*During the month of November, your lock-out percentage was 22.83 %*
*If your lock-out percentage continues that high - MAY result in disciplinary action taken against you.*

*Lucy Taylor*                    *Refused*

SIGNATURE OF SUPERVISOR                    SIGNATURE OF EMPLOYEE

White copy to personnel file          Yellow copy to supervisor          Pink copy to employee

CAG000487

SSN

Date February 10, 1998



CITY OF CHICAGO
Richard M. Daley
Mayor

# CITY OF CHICAGO
## SUSPENSION NOTICE
For Career Service (CS) Employees

Employee ___Ms. Ophelia Cage___ Payroll No. __4251__

Department ___Water___
Bureau ___Water Service___
Division ___Water Collection/Field Section___

Job Title ___Water Rate Taker___ Immediate Supervisor ___Robert Kroll___

In accordance with the City of Chicago's Personnel Rule XVIII, Section 2, you are hereby suspended

effective at __7:00__ A.M./P.M. on __February 23, 1998__ for __ten__ calendar days.

You are to return to work on __March 5, 1998__ at __7:00 a.m.__

The cause for this suspension is: On September 25, 1997 Water Rate Taker Cage turned
in numerous erroneous comment codes on route #7765.

This action is a violation of: RULE XVIII, DISCIPLINARY ACTION FOR CAREER SERVICE
EMPLOYEES, SECTION 1, CAUSES FOR DISCIPLINARY ACTION:
PARAGRAPHS #7, 29, 39 and 48.

A repetition of the above violation may result in further disciplinary action.

REFUSED TO Sign de.

Employee Signature                     Date
(If employee refuses to sign, please so indicate.)

Robert Kroll             2-20-98

Signature of Supervisor          Date
Issuing Suspension

___SUPERVISOR OF WATER RATE TAKERS___
Title

## RIGHTS OF APPEAL:
Career Service employees who are suspended for ten (10) days or less may request in writing a review of the
disciplinary action before their Department Head. If the period of suspension is for more than ten (10) but less
than thirty-one (31) days or is a second suspension within a six-month period, the suspension may be appealed in
writing to the City Personnel Board. Any such requests must be made within 72 hours of the notification of the
disciplinary action.

White Copy— To Employee                    Pink Copy— To Immediate Supervisor
Yellow Copy— To Department Head            Goldenrod Copy— To Department of Personnel (with PER-14)
                                           Revised 4/89          PER-

CAG001043



# CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice ___x___          2nd Notice _____

NAME OPHELIA CAGE                    DATE Aug. 23, 2001

DEPARTMENT ___WATER___

BUREAU ___SERVICES___

SECTION ___COLLECTION___

## VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL ___ | SAFETY VIOLATION ___ | OTHER |
| EARLY DEPARTURE ___ | DEFECTIVE WORK xx | ___ |
| ABSENT ___ | ATTITUDE ___ | ___ |

REMARKS (Please be specific) ___ON THURSDAY, AUGUST 23, 2001 YOU DID NOT
FOLLOW THE FIELD PERSONNEL PROCEDURE GUIDELINE "NO READ" SME ONLY:
RULE #2.  RING ALL BELLS, AND SINCE DOOR BELLS CAN SOMETIMES BE
BROKEN, KNOCK ON FRONT DOOR OR WINDOW....
YOUR VIOLATION WAS YOU (RANG 1ST FLR ONLY) YOU ALSO FAILED TO RING
2ND FLR BELL AT ████ S PRINCETON.

_____          _____
SIGNATURE OF SUPERVISOR                SIGNATURE OF EMPLOYEE

lte copy to personnel file          Yellow copy to supervisor          Pink copy to employee

CAG000485



# CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice ✓        2nd Notice _____

NAME __Ophelia Cage__     DATE __5.17.04__

DEPARTMENT __Water Management__

BUREAU __Billings & Customer Service__

SECTION __Field__

## VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL ____ | SAFETY VIOLATION ____ | OTHER |
| EARLY DEPARTURE ____ | DEFECTIVE WORK ____ | |
| ABSENT ____ | ATTITUDE ____ | |

REMARKS (Please be specific) On Thursday, May 13, 2004 & Monday, May
17, 2004, Refusing to follow directives of immediate supervisor,
namely, recent procedures required for audit of Itron hand-held
system. Refused to allow review of hand held data by
immediate supervisor. This is in direct violation of
Rule XVIII, Section 1, paragraphs 25 & 48

_____
SIGNATURE OF SUPERVISOR

__ReFused To Sign__
SIGNATURE OF EMPLOYEE

White copy to personnel file      Yellow copy to supervisor      Pink copy to employee

CAG000483



# CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice ___✓___          2nd Notice _____

NAME __Ophelia Cage__          DATE __6·9·04__

DEPARTMENT __Water Management__

BUREAU __Billings & Customer Service__

SECTION __Field__

| VIOLATION | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK ✓ | _____ |
| ABSENT_____ | ATTITUDE _____ | _____ |

REMARKS (Please be specific) ___ On June, 7th 2004 Rate Taker O. CAGE was assigned 43 POST service orders and completed only 16. Review of the time stamp on her digital camera used that day show numerous lengthy gaps between stops in relative close proximity. Also, the last picture taken was at 1:06 pm. The amount of time spent in the field was an inefficient effort to complete the assigned task in Violation of the City of Chicago Personnel Rule XVIII, Section 1, Paragraphs 26, 38 & 39.

_____          DID NOT SIGN
SIGNATURE OF SUPERVISOR          SIGNATURE OF EMPLOYEE

White copy to personnel file          Yellow copy to supervisor          Pink copy to employee

CAG001027

SSN _____

Date _____



# CITY OF CHICAGO
## WRITTEN REPRIMAND

**CITY OF CHICAGO**
**Richard M. Daley**
**Mayor**

Employee ___Ophelia Cage_____ Payroll No. __4251_____

Department
Bureau
Division ___Water Management, Billing & Customer Service, Field___

Job Title ___Water Rate Taker_____ Immediate Supervisor ___Len Caitano___

Date of Violation ___6·11·04_____ Time _____ Location _____

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is:

On Friday, June 11, 2004 Rate Taker O. Cage was assigned 28 POST service orders and completed only 18. Review of the time stamp on her digital camera used that day showed numerous and lengthy gaps between stops in relative close proximity. Also, the last photograph taken was at 2:05 p.m. when she had been instructed to remain in the field until 3:00 p.m.

This action is a violation of:
The amount of time spent in the field was an inefficient and substandard effort to complete the assigned task in violation of City of Chicago Personnel Rule __XVIII__, Section 1, paragraphs 26, 38 & 39

A repetition of the above violation may result in further disciplinary action.

_____  _____
Employee Signature            Date
(If employee refuses to sign, please so indicate.)

Signature of Supervisor _____ 6·14·04
Issuing Reprimand                              Date

___Supervisor of Assessors___
Title

**A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.**

White Copy — To Employee    Yellow Copy — To Department Head    Pink Copy — To Immediate Supervisor

**Rev 11/89   PER-20**

CAG001028



# CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice ___✓___          2nd Notice _____

NAME _____Ophelia Cage_____   DATE _9-21-0?_

DEPARTMENT ___Water management___

BUREAU ___Billing & Customer Service___

SECTION ___Field___

## VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK ___✓___ | |
| ABSENT _____ | ATTITUDE _____ | |

REMARKS (Please be specific) _Section Improper conduct, Paragraph '26_
_Restricting production out put_

_ON 9-20-04 ~~&~~ Ophilelia Cage_
_started Her route at 8:58 Am And Rea.'_
_her Last stop at 12:46 pm. Doing so_
_she only worked 3:46 hours of a_
_required 6-Hr's of Actual Reading Time._
_There was Also a (1:37) one hour, :7_
_minute time gap between readings._
_This is unAcceptable to Department standard "_

SIGNATURE OF SUPERVISOR _____          SIGNATURE OF EMPLOYEE _____

White copy to personnel file          Yellow copy to supervisor          Pink copy to employee

G.L 180393-31-1

CAG001037



SSN ▅▅▅▅▅

Date ___November 23, 2004___

12-13-04

## CITY OF CHICAGO
## WRITTEN REPRIMAND

**CITY OF CHICAGO**
**Richard M. Daley**
**Mayor**

Employee ___Ophelia Cage___ _____ Payroll No. ___4251___

Department
Bureau
Division ___Water Management/Billing & Customer Service/Water Collection___

Job Title ___Water Rate Taker___ ___ Immediate Supervisor ___Michael Duda___

Date of Violation_____ Time_____ Location_____

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is:
Review of MVRS reports for Tuesday, November 9, 2004 and Wednesday, November 10, 2004 revealed unusual time stamps on several accounts serviced by Ms. Cage on those days. Among the curious entries were several stops completed within a few seconds each, while others of simmilar difficulty took over twenty minutes. Repeated sections of accounts alternately completed in unusually short and lengthy times led me to assume that Ms. Cage was manipulatingthe entering of her completed stops in an effort to manufacute the appearance of a full work day. In addition, on Tuesday, November 9, 20043 Ms. cage concluded her field work (last entry time) at 13:34, and on tykkxxxxxxxxxxxxxxx Wednesday, November 10, 2004 her last entry time was 13:41; on that day I discovered Ms. Cage parked in front of Station 2 (23rd & As 23rd & Ashland) at 2 p.m.

This is in violation of Personnel Rule XVIII, Section 1, Articles 6,7, 5,26,38,39 and 48.

A repetition of the above violation may result in further disciplinary action.

_RC Fusel & sign_ _____
Employee Signature        Date
(If employee refuses to sign, please so Indicate.)

_Michael C Duda_ _11-30-04_
Signature of Supervisor        Date
Issuing Reprimand

_Supervisor water rate taker_ !
Title

A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy — To Employee        Yellow Copy — To Department Head        Pink Copy — To Immediate Supervisor

Rev 11/89   PER-20

CAG000480



**City of Chicago**
Richard M. Daley, Mayor

Department of Water Management

Brian S. Murphy
Acting Commissioner

Jardine Water Purification Plant
1000 East Ohio Street
Chicago, Illinois 60611
(312) 744-7001
(312) 744-9631 (FAX)
(312) 744-2968 (TTY)

http://www.cityofchicago.org/
watermanagement

August 23, 2005

Ophelia Cage
Water Rate Taker
Department of Water Management

Hand Delivered

Dear Ms. Cage:

I have reviewed the charges against you and your response. I have reached the following decision, which is effective at the close of business today, Tuesday, August 23, 2005.

You are hereby discharged from your position with the City of Chicago, Department of Water Management.

If you desire a hearing on this disciplinary action, you must file a written request for the hearing with the Personnel Board of the City of Chicago, Room 1100, City Hall, Chicago, Illinois. Your written request must be received by the Personnel Board within seven (7) calendar days of the effective date of the discipline. Late requests will not be accepted.

Sincerely,

Brian S. Murphy
Acting Commissioner

cc: Viria Holland
    Maureen Egan
    Joseph Carioscia
    Tom Durkin, Plumbers Local 130

O. C.  8-23-05





CAG000837

**CONFIDENTIAL**

1 AUG '07 AM10:05

**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**

| | |
|---|---|
| **Employee's Name:** Ophelia Cage | **Employee's Title:** Water Rate Taker #4251 |
| **Supervisor's Name:** | **Supervisor's Title:** |
| **Division/Bureau/Dept:** BBCS | **Date of Incident:** Jan. 29, 2007 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 2, 48 and 50.

| | |
|---|---|
| ☐ Verbal Counseling | Date of Verbal Counseling: |

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

| ☐ Notice of Reprimand | ☐ Notice of Suspension |
|---|---|
| ☐ Oral      ☐ Written | |
| Date of Reprimand: | Effective date: 7-30-07  Return to work date: 7-31-07 |
| | Effective time: 7:00 AM  Number of days of suspension: 1 (ONE) |

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Jeff Sojka - Ophelia Cage - Discipline.doc | Page 2

**Incident Description and Supporting Details -** *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

4/18/07:

That on Janury 29, 2007 per GPS audit you did leave your worksite without proper authorization on 5 different occasions for 19 minutes or more, this is a violation of Departmental rules and/or procedures, and conduct unbecoming of a City employee.

**Statement of Consequences -** *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | Date 7-27-07 |
| Signature of Supervisor Issuing Notice | Date 7-27-07 |

*Rights Accorded: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee ☐ Copy to union ☐ Copy to supervisor ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG001034



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



**CONFIDENTIAL**

27 SEP '07 PM 1:18

| Employee's Name: | Employee's Title: |
|---|---|
| Ophelia Cage | Water Rate Taker #4251 |

| Supervisor's Name: | Supervisor's Title: |
|---|---|
| Michael C Duds | |

| Division/Bureau/Dept: | Date of Incident: |
|---|---|
| BBCS | July 2, 2007 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 48.

☐ Verbal Counseling                  Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

☐ Notice of Reprimand
    ☐ Oral   ☐ Written

Date of Reprimand:

☒ Notice of Suspension

Effective date: 10-2-07   Return to work date: 10-5-07
Effective time: 7 Am   Number of days of suspension: 3 (Three)

## Category

| | |
|---|---|
| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
| ☒ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

CAG001021

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on July 2, 2007 you did fail to follow Departmental rules and/or procdures when requesting approval of vacation time off.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | Date |
|---|---|
| | 9-26-07 |
| Signature of Supervisor Issuing Notice | Date |
| Michael C. Duda | 9-28-07 |

Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.

☐ Copy to employee   ☐ Copy to union   ☐ Copy to supervisor   ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG001022

**CONFIDENTIAL**



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**

| Employee's Name: <br> Ophelia Cage | Employee's Title: <br> Water Rate Taker #4251 |
|---|---|
| Supervisor's Name: | Supervisor's Title: |
| Division/Bureau/Dept: <br> BBCS | Date of Incident: <br> 8/8/07, 8/9/07 and 8/14/07 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 39 .

☐ Verbal Counseling         Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

☐ Notice of Reprimand
    ☐ Oral     ☐ Written

Date of Reprimand:

☒ Notice of Suspension

Effective date: 1-10-08
Effective time:

Return to work date: 1-17-08
Number of days of suspension: 5
(Five)

## Category

☐ Criminal or Improper Conduct

☐ Violation of City Policy or Rule

☐ Conduct Involving Job Performance or Substandard Work Performance

☐ Misrepresentation

☐ Tardiness or Absenteeism

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |
| | | |
| | | |

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on August 8, 2007, August 9, 2007 and August 14, 2007 you were incompetent, and failed in the performance of the duties of your position.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | Date |
|---|---|
| *Refused to sign* | 1-11-08 |
| Signature of Supervisor Issuing Notice | Date |
| *Michael C. Juds* | 1-11-08 |

Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.

| ☐ Copy to employee | ☐ Copy to union | ☐ Copy to supervisor | ☐ Copy to departmental Human Resources representative |
|---|---|---|---|

**Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.**



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



| Employee's Name:<br>Ophelia Cage | Employee's Title:<br>Water Rate Taker |
|---|---|
| Supervisor's Name:<br>Len Caifano | Supervisor's Title:<br>Chief Water Rate Taker |
| Division/Bureau/Dept:<br>BBCS | Date of Incident:<br>6/23/09 & 7/1/09 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) Rule XVIII, Section 1, Subsection 2 and 48.

☐ Verbal Counseling                    Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

### Level of Discipline

| ☐ Notice of Reprimand<br>  ☐ Oral    ☐ Written<br><br>Date of Reprimand: | ☒ Notice of Suspension<br><br>Effective date: 08/24/2009   Return to work date: 8/25/2009<br>Effective time: 7:00 AM   Number of days of suspension: 1 day |
|---|---|

### Category

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☒ Violation of City Policy or Rule | ☒ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

### Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CAG000590

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on June 23, 2009 and July 1, 2009 you did leave the work site without proper authorization, this is a violation of Departmental rules and/or procedures.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

*I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.*

| Signature of Employee | Refused to Sign | Date | 8/21/09 |
|---|---|---|---|
| Signature of Supervisor Issuing Notice | | Date | 8/21/09 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

| ☐ Copy to employee | ☐ Copy to union | ☐ Copy to supervisor | ☐ Copy to departmental Human Resources representative |
|---|---|---|---|

**Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.**

CAG000591



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**

**CONFIDENTIAL**

| | |
|---|---|
| Employee's Name:<br>Ophelia Cage | Employee's Title:<br>Water Rate Taker |
| Supervisor's Name:<br>Leonard Caifano | Supervisor's Title:<br>Chief Water Rate Taker |
| Division/Bureau/Dept:<br>Meter Services | Date of Incident:<br>April 13, 2010 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) rule XVIII, section I, subsection XXV: "insubordinate actions, failure to carry out a directive or rule "

| | |
|---|---|
| ☐ Verbal Counseling | Date of Verbal Counseling: |

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

**Level of Discipline**

| | |
|---|---|
| ☐ Notice of Reprimand<br>  ☐ Oral   ☐ Written | ☒ Notice of Suspension |
| Date of Reprimand: | Effective date: 5/25/10   Return to work date: 5/28/10<br>Effective time: 7:00 am   Number of days of suspension: three |

**Category**

| | |
|---|---|
| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☒ Conduct Involving Job Performance or Substandard Work Performance | |

**Prior Notices of Progressive Discipline**

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| 8/24/09 | 1 day suspension | failure to complete work |

CAG001035

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

On April 13, 2010, Employee completed only 13 of the 43 postings which she had been assigned that day.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

increased amount of discipline and or resulting in termination

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | TL Refused to Sign | Date 5-20-10 |
| Signature of Supervisor Issuing Notice | | Date 5-20-10 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

| ☐ Copy to employee | ☐ Copy to union | ☐ Copy to supervisor | ☐ Copy to departmental Human Resources representative |

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG001036

**City of Chicago**
**Employee Problems Form**

Grievance No. 16-12-088-0005

**(Labor/Trade Unions)**

Date Filed _____

| Employee Name | Social Security No. | Title Code | Title |
| Ophelia Cage | | | Rate Taker |

| Department | Work Location | | Work Phone |
| Water Mangement | 4933 S. Western | | 1-312-745-2195 |

**STEP I**
Have you discussed this grievance with your immediate supervisor? Yes __X__ No_____

Date of discussion 6-4-12

Statement of Grievance: On June 1, 2012 - Mr Duda spoke to me in a demeaning, derogative and belligerent manner. I felt insulted + embarassed in front of my co-workers. I feel this is and was conduct unbecoming a Supervisor

Contract Section(s) Violated:

Remedy Requested: To have no contact with him at all Verbal or otherwise.

| Ophelia Cage | 6-7-12 | Reed James J Sults | 6/7/12 |
| Employee Signature | Date | Union Representative Signature  11/15 AM | Date |

**SUBMIT TO IMMEDIATE SUPERVISOR** (within 12 working days of knowledge of event)

Extension of time limits? Yes_____ No_____          Date Received _____

If yes, attach appropriate documentation.                    Initials _____

**STEP I RESPONSE** (to be given within 5 working days of receipt):

Grievance denied. This is not a contract violation. This matter has been referred to the City's EEO office. Please contact Abel León at 312-744-0003.

| M E | 6/15/12 |
| Immediate Supervisor's Signature | Date |

**STEP II APPEAL**

Reason for appeal:



| Employee Signature | Date | Union Representation Signature | Date |

**SUBMIT TO SENIOR SUPERVISOR** (Within 7 working days of Step I Response)

Extension of time limits? Yes_____ No_____          Date Received _____

If yes, attach appropriate documentation.                    Initials_____

**STEP II RESPONSE** (To be given within 7 working days of receipt):

EXHIBIT 4

| Senior Supervisor's Signature | Date |

COPY TO: Grievant, Union, Departmental Labor Relations Liai

PER-129

CAG000456

City of Chicago
Department of Human Resources
Records Management

2/1/13

SENIORITY REPORT

**1061-WATER RATE TAKER**

**088-WATER MGMNT**

| EMP ID | NAME | A-I | ST | SENR DATE | CONT DATE | SPP DATE |
|---|---|---|---|---|---|---|
| 4474 | SKOWRON, JOHN | A | 1 | 11/01/1979 | 11/01/1979 | 11/01/1979 |
| 14437 | RODRIGUEZ, MARCO A | A | 1 | 11/26/1980 | 11/26/1980 | 11/26/1980 |
| 55847 | WILLIAMS, BENJAMIN L | A | 1 | 11/04/1982 | 10/25/1980 | 11/04/1982 |
| 39551 | JONES, BRIDGETTE R | A | 1 | 10/02/1984 | 10/02/1984 | 10/02/1984 |
| 41913 | SARABIA, JOSE L | A | 1 | 08/13/1985 | 08/13/1985 | 08/13/1985 |
| 30704 | AARON, ELVIA J | A | 1 | 11/16/1985 | 11/16/1985 | 11/16/1985 |
| 49857 | SMITH, NANCY A | A | 1 | 04/12/1986 | 04/12/1986 | 04/12/1986 |
| 33587 | LEWIS, BYRON | A | 1 | 08/09/1987 | 08/09/1987 | 08/09/1987 |
| 54082 | BLANKUS, RONALD E | 1 | | 07/24/1988 | 07/24/1988 | 07/24/1988 |
| 27010 | SIMS, DEMETRIUS | A | 1 | 09/01/1988 | 09/01/1988 | 09/01/1988 |
| 2593 | DIAZ, OSCAR A | A | 1 | 09/05/1988 | 09/05/1988 | 09/05/1988 |
| 54454 | DURANT, PATRICIA B | A | 1 | 05/31/1989 | 05/31/1989 | 05/31/1989 |
| 12645 | BURT, CARL S | A | 1 | 06/01/1991 | 12/31/1985 | 06/01/1991 |
| 52677 | CAGE, OPHELIA | A | 1 | 09/08/1991 | 02/21/1986 | 08/06/1991 |
| 49643 | THOMAS, HOWARD | A | 1 | 10/02/1991 | 08/05/1990 | 10/02/1991 |
| 38722 | ALVAREZ, LOUIS D | A | 1 | 01/14/1993 | 09/09/1990 | 01/14/1993 |
| 50988 | KORDOWSKI, ANTHONY | A | 1 | 07/04/1994 | 07/03/1991 | 07/04/1994 |
| 33515 | RIOS, FRANCISCO | A | 1 | 10/01/1997 | 10/01/1997 | 10/01/1997 |
| 45202 | BOLTON, BRIAN E | 1 | | 10/04/1997 | 10/04/1997 | 10/04/1997 |
| 32407 | TATE, GARY | A | 1 | 10/01/1997 | 06/10/1994 | 10/10/1997 |
| 15138 | KHAN, INAYAT U | A | 1 | 10/27/1997 | 05/20/1980 | 10/27/1997 |
| 40206 | HEDRICK, LEE A | A | 1 | 11/05/1997 | 11/05/1997 | 11/05/1997 |
| 40407 | TRAVIS COOK, LESLIE R | A | 1 | 11/17/1997 | 11/17/1997 | 11/17/1997 |
| 14010 | VELAZQUEZ, JOHN | A | 1 | 12/21/1998 | 12/21/1998 | 12/21/1998 |
| 27177 | TIGNOR, DARRYL B | A | 1 | 12/21/1998 | 12/21/1998 | 12/21/1998 |
| 51695 | BROWN, SHARON L | A | 1 | 07/04/1999 | 04/04/1993 | 07/04/1999 |
| 55210 | JOHNSON, CURTIS V | A | 1 | 07/19/1999 | 07/19/1999 | 07/19/1999 |
| 44791 | ESPINOSA, RODOLFO | A | 1 | 08/05/2000 | 07/08/1998 | 08/05/2000 |
| 3217 | GOMEZ, WILLIAM | A | 1 | 10/17/2001 | 10/17/2001 | 10/17/2001 |


CAGE 0001

EXHIBIT
5

City of Chicago
Department of Human Resources
Records Management

8/23/10

# DEPARTMENT SENIORITY REPORT

**088 - DEPT OF WATER MANAGEMENT**

**1062-WATER METER ASSESSOR**

| EMP ID | BU | NAME | A-I | ST | SENR DATE | CONT DATE | SPP DATE |
|---|---|---|---|---|---|---|---|
| 43322 | 16-CHGO JRNYMAN PLUMBERS L-130 | RUSSNAK, THOMAS W | A | 1 | 06/01/1999 | 09/26/1977 | 06/01/1999 |
| 44576 | 16-CHGO JRNYMAN PLUMBERS L-130 | RODRIGUEZ, EDWARD L | A | 1 | 09/01/2000 | 10/06/1987 | 09/01/2000 |
| 50641 | 16-CHGO JRNYMAN PLUMBERS L-130 | O'NEAL, ROZELLA | A | 1 | 09/01/2000 | 09/03/1992 | 09/01/2000 |
| 36634 | 16-CHGO JRNYMAN PLUMBERS L-130 | ROBINSON, JERRY | A | 1 | 09/02/2000 | 09/19/1989 | 09/22/2000 |
| 14472 | 16-CHGO JRNYMAN PLUMBERS L-130 | CUEVA, ROBERTO P | A | 1 | 09/01/2001 | 08/06/1999 | 09/06/2000 |
| 33456 | 16-CHGO JRNYMAN PLUMBERS L-130 | COX, JEFFREY A | A | 1 | 10/01/2003 | 01/02/1997 | 10/01/2003 |

Sojka

EXHIBIT
6

CAGE 0002



| Last Name | First Name | Gender | Race/Ethnicity | Age as of 12/31/15 | Year of Birth | WRT/WMA |
|---|---|---|---|---|---|---|
| Aaron | Elvia (Jeanette) | Female | African American | 68 | 1947 | WRT |
| Alvarez | Louis | Male | Hispanic | 60 | 1955 | WRT |
| Blankus | Ronald | Male | Caucasian | 63 | 1952 | WRT |
| Bolton | Brian | Male | African American | 52 | 1963 | WRT |
| Brown | Sharon | Female | African American | 45 | 1970 | WRT |
| Burt | Carl | Male | African American | 56 | 1959 | WRT |
| Cage | Ophelia | Female | African American | 65 | 1950 | WRT |
| Cueva | Roberto | Male | Hispanic | 57 | 1958 | WMA |
| Diaz | Oscar | Male | Hispanic | 58 | 1957 | WRT |
| Durant | Patricia | Female | African American | 59 | 1956 | WRT |
| Espinosa | Rodolfo | Male | Hispanic | 55 | 1960 | WRT |
| Gomez | William | Female | Hispanic | 55 | 1960 | WRT |
| Greenwood | Jessie | Female | African American | 71 | 1944 | WRT |
| Hedrick | Lee | Male | African American | 59 | 1956 | WRT |
| Johnson | Curtis | Male | African American | 57 | 1958 | WRT |
| Jones | Bridgette | Female | African American | 55 | 1960 | WRT |
| Kahn | Inayat | Male | Asian | 68 | 1947 | WRT |
| Kordowski | Anthony | Male | Caucasian | 49 | 1966 | WRT |
| Lewis | Byron | Male | African American | 54 | 1961 | WRT |
| O'Neal | Rozella (Rose) | Female | African American | 51 | 1964 | WMA |
| Rios | Francisco | Male | Hispanic | 45 | 1970 | WRT |
| Robinson | Jerry | Male | African American | 51 | 1964 | WMA |
| Rodriguez | Edward | Male | Hispanic | 54 | 1961 | WMA |
| Rodriguez | Marco | Male | Hispanic | 57 | 1958 | WRT |
| Russnak | Thomas | Male | Caucasian | 60 | 1955 | WMA |
| Sarabia | Jose | Male | Hispanic | 57 | 1958 | WRT |
| Simmons | Rennie | Male | African American | 58 | 1957 | WRT |
| Sims | Demetrius | Male | African American | 56 | 1959 | WRT |
| Skowron | John | Male | Caucasian | 59 | 1956 | WRT |
| Sojka | Jeffrey | Male | Caucasian | 55 | 1960 | WMA |
| Smith | Nancy | Female | Caucasian | 50 | 1965 | WRT |
| Tate | Gary | Male | African American | 50 | 1965 | WRT |
| Thomas | Howard | Male | African American | 67 | 1948 | WRT |
| Tignor | Darryl | Male | African American | 55 | 1960 | WRT |
| Travis-Cook | Leslie | Female | African American | 51 | 1964 | WRT |
| Velazquez | John | Male | Hispanic | 57 | 1958 | WRT |
| Williams | Benjamin | Male | African American | 77 | 1938 | WRT |



EXHIBIT
7

## DISCIPLINE OF WATER RATE TAKERS (2004 - 2015)

| Name | Employee's Age, Race, and Gender | Level of Discipline | Violation | Bates No. |
|---|---|---|---|---|
| Employee A | 50 Years Old, African American, Female | Verbal Counseling | Substandard Work Performance | CAG4027 |
| Employee A | 50 Years Old, African American, Female | Verbal Counseling | Substandard Work Performance | CAG4028 |
| Employee B | 44 Years Old, African American, Female | Verbal Counseling | Substandard Work Performance | CAG4029 |
| Employee C | 50 Years Old, African American, Male | 3-Day Suspension | Substandard Work Performance and Misrepresentation | CAG4038-39 |
| Employee C | 50 Years Old, African American, Male | 5-Day Suspension (reduced to 3-Days through a settlement agreement) | Substandard Work Performance | CAG4030-35 |
| Employee C | 50 Years Old, African American, Male | 5-Day Suspension | Substandard Work Performance and Misrepresentation | CAG4036-37 |
| Employee D | 57 Years Old, Caucasian, Male | Written Reprimand | Substandard Work Performance and Misrepresentation | CAG4040-41 |
| Employee E | 56 Years Old, African American, Male | Verbal Counseling | Insubordination | CAG4042 |
| Employee E | 56 Years Old, African American, Male | 1-Day Suspension | Substandard Work Performance | CAG4043-44 |
| Employee F | 65 Years Old, Hispanic, Male | 3-Day Suspension | Substandard Work Performance | CAG4045-46 |
| Employee G | 52 Year Old, African American, Male | 5-Day Suspension | Substandard Work Performance | CAG4047-48 |
| Employee H | 68 Year Old, Hispanic, Male | Verbal Counseling | Substandard Work Performance | CAG4049 |

CAG004025



EXHIBIT
8

## DISCIPLINE OF WATER RATE TAKERS (2004 - 2015)

| Name | Employee's Age, Race, and Gender | Level of Discipline | Violation | Bates No. |
|---|---|---|---|---|
| Employee I | 60 Years Old, Hispanic, Male | 20-Day Suspension | Substandard Work Performance | CAG4050 |
| Employee I | 60 Years Old, Hispanic, Male | Verbal Counseling | Substandard Work Performance | CAG4051 |
| Employee J | 48 Year Old, Caucasian, Male | Written Reprimand | Substandard Work Performance | CAG4052 |
| Employee K | 68 Year Old, Asian, Male | Verbal Counseling | Substandard Work Performance | CAG4053 |
| Employee K | 68 Years Old, Asian, Male | Verbal Counseling | Substandard Work Performance | CAG4054 |
| Employee K | 68 Years Old, Asian, Male | 1-Day Suspension | Substandard Work Performance and Misrepresentation | CAG4055 |
| Employee K | 68 Years Old, Asian, Male | 1-Day Suspension | Misrepresentation | CAG4056-57 |
| Employee K | 68 Year Old, Asian, Male | 5-Day Suspension | Misrepresentation | CAG4058-59 |
| Employee K | 68 Year Old, Asian, Male | 1-Day Suspension | Insubordination | CAG4060-61 |
| Employee K | 68 Year Old, Asian, Male | 30-Day Suspension | Misrepresentation and Insubordination | CAG4062-63 |
| Employee L | 56 Years Old, Hispanic, Male | Verbal Counseling | Substandard Work Performance | CAG4064 |
| Employee L | 56 Years Old, Hispanic, Male | Written Reprimand | Substandard Work Performance | CAG4065 |
| Employee M | 57 Years Old, African American, Male | Written Reprimand | Substandard Work Performance | CAG4066-67 |
| Employee N | 55 Years Old, Caucasian, Male | 3-Day Suspension | Substandard Work Performance | CAG4068-69 |
| Employee O | 45 Years Old, Hispanic, Male | Verbal Counseling | Insubordination | CAG4070 |
| Employee P | 50 Years Old, African American, Male | Oral Reprimand | Insubordination | CAG4071-72 |

CAG004026



# CITY OF CHICAGO
## DEPARTMENT OF WATER



## RECORD OF VERBAL COUNSELING

1st Notice ✓      2nd Notice _____

NAME **Employee A**      DATE 6·2·04

DEPARTMENT _Water Management_

BUREAU _Water Coffee Billing & Customer Service_

SECTION _Field_

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL ____ | SAFETY VIOLATION ____ | OTHER |
| EARLY DEPARTURE ____ | DEFECTIVE WORK ✓ | _____ |
| ABSENT ____ | ATTITUDE ____ | _____ |

**REMARKS** (Please be specific)

On January 22, 2004, January 27, 2004 and January 28, 2004 it was observed from MVRS reports that Employee A was placing readings from water meters into trouble messages to be data entered at a later time. Later in those days readings were keyed-in within seconds at the end of the work day. We view those actions as an attempt to restrict production output in violation of City of Chicago Personnel Rule XVIII, section 1, paragraphs 26, 38, and 39.

_[signature]_

CAG004027



**CITY OF CHICAGO
DEPARTMENT OF WATER**



# RECORD OF VERBAL COUNSELING

1st Notice _____ 2nd Notice _____

NAME **Employee A** DATE 6·2·04

DEPARTMENT _Water Mangement_

BUREAU _Billing & Customer Service_

SECTION _Field_

## VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER _____ |
| EARLY DEPARTURE _____ | DEFECTIVE WORK ✓ | _____ |
| ABSENT _____ | ATTITUDE _____ | _____ |

REMARKS (Please be specific) On May 25, 2004 Rate Taker **Employee A**
████ was assigned 48 postings and completed only
25 stating she had insufficient time to complete her
assignment. Review of the time stamp on her digital camera
used that day showed her first picture was recorded at 10:02
She took her last picture at 2:20 pm. The amount of time
spent in the field was insufficient effort to complete the
assigned task in violation of City of Chicago Personnel Rule XVIII
Section 1, Paragraphs 26, 38 and 39.

CAG004028




# CITY OF CHICAGO
## DEPARTMENT OF WATER

# RECORD OF VERBAL COUNSELING

1st Notice ✓_____    2nd Notice _____

NAME _____ **Employee B** _____    DATE _/-20-10_

DEPARTMENT _WATER MANAGEMENT_

BUREAU _Billing & Customer Service_

SECTION _Field_

| VIOLATION | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK ✓ | UNAUTHORIZED |
| ABSENT _____ | ATTITUDE ✗ | RE-ASSIGNMENT |

**REMARKS** (Please be specific) _____

Supervisor M. Duda met with employee
to discuss:
      1) UNAUTHORIZED RE-ASSIGNMENT OF
      PERSONNEL WHEN NOT IN SUPERVISORY
      STATUS.
      2) FAILURE TO COMPLETE ASSIGNMENT;
ie. If lockbox is assigned, employee must make an effort to
complete the assignment by working with the contact
person. If unable to do WORKAROUND, return ASSIGNMENT TO
SUPERVISOR ONLY.

_Michael Duda_    _Refused to Sign._
SIGNATURE OF SUPERVISOR    SIGNATURE OF EMPLOYEE

White copy to personnel file    Yellow copy to supervisor    Pink copy to employee

GRC-160093-31-1

CAG004029



## CITY OF CHICAGO
## NOTICE OF PROGRESSIVE DISCIPLINE



| Employee's Name:<br>Employee C | Employee's Title:<br>Water Rate Taker #4251 |
|---|---|
| Supervisor's Name:<br>Michael Duda | Supervisor's Title:<br>Supervisor of Water Rate Takers |
| Division/Bureau/Dept:<br>BBCS | Date of Incident:<br>**August 9, 2007** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 39.

☐ Verbal Counseling                    Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

☐ Notice of Reprimand
    ☐ Oral    ☐ Written

Date of Reprimand:

☒ Notice of Suspension

Effective date: *1-9-08*  Return to work date: *1-14-08*
Effective time:  Number of days of suspension: 5
    (Five)

## Category

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☒ Tardiness or Absenteeism |
| ☒ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |

CAG004030

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on August 9, 2007 you were incompetent in the performance of the duties when you started your route late, per GPS system.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | Date |
|---|---|
| Employee C | |

| Signature of Supervisor Issuing Notice | Date |
|---|---|
| *Michael Ojuda* | 1-8-07 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

| ☐ Copy to employee | ☐ Copy to union | ☐ Copy to supervisor | ☐ Copy to departmental Human Resources representative |
|---|---|---|---|

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004031



**City of Chicago**
Richard M. Daley, Mayor

**Department of Water Management**

John F. Spatz, Jr.
Commissioner

**Bureau of Administrative Support**

Beverly J. Ingram
Deputy Commissioner

DePaul Center, Suite 410
333 South State Street
Chicago, Illinois 60604
(312) 747-7030
(312) 747-7078 (FAX)

http://www.cityofchicago.org/
watermanagement

**Finance Section**
(312) 747-8112
(312) 747-7078 (FAX)

**Human Resources**
(312) 747-7898
(312) 747-0620 (FAX)

**Information Technology**
(312) 747-7042
(312) 747-8123 (FAX)

**Labor/Employee Relations**
(312) 747-8037
(312) 747-0838 (FAX)

**Payroll Section**
(312) 747-7932
(312) 747-0228 (FAX)

**Procurement Section**
(312) 747-0871
(312) 745-4588 (FAX)

## MEMORANDUM

**TO:**      Marisol Santiago
             Supervisor of Personnel Administration

             Cheryl Elders
             Chief Timekeeper

             Gloria Reyes
             Staff Assistant

**FROM:**    Maureen Egan
             Assistant Commissioner

**RE:**      Discipline Appeal Settlements

**DATE:**    July 9, 2008

Pursuant to the attached settlement agreements, please reduce the following suspensions, reimburse the employees for the lost time and adjust the timekeeping, personnel and discipline records accordingly.

Ophelia Cage: reduce the 5 day suspension (1/12/08–1/16/08) to a 3 day suspension.

Ophelia Cage: reduce the 3 day suspension (10/2/07–10/4/07) to a 2 day suspension.

▉▉▉▉▉▉ reduce the 1 day suspension (5/30/07) to a written reprimand.

Employee C: reduce the 5 day suspension (1/9/08–1/13/08) to a 3 day suspension.

▉▉▉▉▉▉ reduce the 5 day suspension (2/5/07–2/12/07) to a 1 day suspension.

▉▉▉▉▉▉ reduce the 3 day suspension to a written reprimand and credit him with 24 hours compensatory time.

▉▉▉▉▉▉ reduce the 4 day suspension to a 1 day suspension and and credit him with 24 hours compensatory time.





CAG004032

███████████: reduce the 3 day suspension to a written reprimand and credit him with 24 hours compensatory time.

███████████: reduce the 3 day suspension to a written reprimand and credit him with 8 hours compensatory time.

Please provide me with confirmation that the adjustments have been made and call me when the checks are ready.


cc: Julie Hernandez-Tomlin
   Beverly Ingram

**SETTLEMENT AGREEMENT**

**THIS AGREEMENT** is entered into between the City of Chicago, Department of Water Management ("City"), and Chicago Journeymen Plumbers Local Union 130 ("Union").

**WHEREAS,** on  the Union filed an appeal on January 8, 2008 alleging the City suspended Employee C   for five (5) days without just cause;

**WHEREAS,**  the City denies this allegation;

**WHEREAS,**   the parties desire to amicably settle this matter without proceeding further and without setting any precedent;

**NOW THEREFORE,** the parties agree as follows:

1.  The Union hereby withdraws the above noted appeal with prejudice, and waives any and all individual or class claims, including but not limited to any grievances, suits at law or equity, or claims before any administrative agency, which it now has or may have against the City and its officers, employees and assigns arising either directly or indirectly out of the subject matter of this appeal, except as may be necessary to enforce the specific provisions of this Agreement.

2.  In consideration thereof, the City agrees to reduce the five (5) day suspension imposed on Emp C to a three (3) day suspension,  and agrees to reimburse Emp C for two (2) days of the suspension served from January 9 through January 13, 2008, at the salary or wage rate then in effect, subject to applicable payroll deductions.

3. It is mutually understood and agreed that this Agreement is in full and complete settlement of all claims arising either directly or indirectly out of the subject matter this appeal.  This Agreement shall not be construed as an admission of liability by or an admission of the legal position of any party, shall not in any way be construed as setting any precedent, and shall not be used, referred to or cited in any arbitrations, court or administrative proceedings except as may be

CAG004034

necessary to enforce the specific provisions of this agreement and the rights of the parties thereto.

4. This Agreement contains the entire agreement between the parties.

AGREED:

**CITY OF CHICAGO**
**DEPARTMENT OF**
**WATER MANAGEMENT**

By: _____

Date: _6|18|08_

**CHICAGO JOURNEYMEN**
**PLUMBERS LOCAL**
**UNION 130**

By: _Thomas P. Durkin_

Date: _7-8-08_

**CITY OF CHICAGO**
**DEPARTMENT OF LAW**

By: _Angela C. Thomas_

Date: _6/13/08_

CAG004035



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



CONFIDENTIAL

| Employee's Name: Employee C | Employee's Title: Water Rate Taker |
|---|---|
| Supervisor's Name: Len Caifano | Supervisor's Title: Chief Water Rate Taker |
| Division/Bureau/Dept: BBCS | Date of Incident: **May 1, 2008** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) rule XVIII, section I, subsection IV

☐ Verbal Counseling        Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

### Level of Discipline

☐ **Notice of Reprimand**
    ☐ Oral   ☐ Written

Date of Reprimand: 10/19/07

☐ **Notice of Suspension**

Effective date: 6/23/08        Return to work date: 6/30/08
Effective time: 7:00am

Number of days of suspension: 5 days

### Category

| | |
|---|---|
| ☐ Criminal or Improper Conduct | ☒ Misrepresentation |
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

### Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| 10/06 | 1 day suspension | tardiness and or abseentism |
| 7/07 | 3 day suspension | tardiness and or absenteeism |
| 9/07 | 5 day suspension | leaving job site |

CAG004036

**Incident Description and Supporting Details -** *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

On 5/1/08, employee listed 26 of his stops as locked, claiming that businesses were closed. Investigation found them to be open at that time. Also, GPS indicated that employee was at a different location at the time and not at the location that he claimed to be.

**Statement of Consequences -** *Describe future actions if no improvement is made.*

increased amount of discipline and or resulting in termination

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | Date |
| --- | --- |
| Employee C | |
| Signature of Supervisor Issuing Notice | Date 6·18·08 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee    ☐ Copy to union    ☐ Copy to supervisor    ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



CONFIDENTIAL

| Employee's Name: | Employee's Title: |
|---|---|
| Employee C | Water Rate Taker #4251 |
| **Supervisor's Name:** | **Supervisor's Title:** |
| | |
| **Division/Bureau/Dept:** | **Date of Incident:** |
| BBCS | **May 1, 2007 through June 29, 2007** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s)  XVIII, Section 1, Subsection 2, 4, 7 and  48.

| ☐ Verbal Counseling | Date of Verbal Counseling: |
|---|---|
| *Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.* | |

## Level of Discipline

| ☐ Notice of Reprimand<br> ☐ Oral    ☐ Written | ☒ Notice of Suspension |
|---|---|
| Date of Reprimand: | Effective date:<br>Effective time: — Return to work date:<br>Number of days of suspension: 3<br>(Three) |

## Category

| ☐ Criminal or Improper Conduct | ☒ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☒ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |

CAG004038

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That from May 1, 2007 through June 28, 2007 you have been absent and/or tardy on an excessive number of occasions. In addition on several occasions you did leave your work site without proper authorization, per GPS system. This is a falsed representation of the quantity of work performed and a violation of Departmenal rules and/or procedures.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

*I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.*

| Signature of Employee | Date |
|---|---|
| Signature of Supervisor Issuing Notice | Date |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee     ☐ Copy to union     ☐ Copy to supervisor     ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004039





## CITY OF CHICAGO
## NOTICE OF PROGRESSIVE DISCIPLINE

22 JUN '08 PM2:03

| Employee's Name:<br>Employee D | Employee's Title:<br>Water Meter Assessor |
|---|---|
| Supervisor's Name:<br>Len Caifano | Supervisor's Title:<br>Chief Water Rate Taker |
| Division/Bureau/Dept:<br>BBCS | Date of Incident:<br>November 20, 2007 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 11, 26 and 38 .

| ☐ Verbal Counseling | Date of Verbal Counseling: |
|---|---|
| *Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.* | |

### Level of Discipline

| ☒ Notice of Reprimand<br>    ☐ Oral    ☒ Written | ☐ Notice of Suspension |
|---|---|
| Date of Reprimand: 1/6/08 | Effective date:                Return to work date:<br>Effective time:               Number of days of suspension: |

### Category

| ☐ Criminal or Improper Conduct | ☒ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☒ Conduct Involving Job Performance or Substandard Work Performance | |

### Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CAG004040

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on November 20, 2007 you were defecient in the performance of your diuties, in that you falsified readings. In addition your physical location as registered by the GPS tracking system was different from the location that you claimed to be as registered by the MVRS sytem this is a restriction of production and inattention to duty.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

*I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.*

| Signature | Date |
|---|---|
| Employee D | 01-22-08 |
| Signature of Supervisor Issuing Notice | Date |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee     ☐ Copy to union     ☐ Copy to supervisor     ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.



# CITY OF CHICAGO
## DEPARTMENT OF WATER



## RECORD OF VERBAL COUNSELING

1st. Notice ___   2nd. Notice ___

NAME **Employee E**   DATE 9-29-06

DEPARTMENT Water management

BUREAU Field

Employee # ▮▮▮▮
Fund / Sect ? PR# 200 2310 1001
Date Received 12-15-06
Copied to TD. AP

SECTION STATION #82

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL ___ | SAFETY VIOLATION ___ | OTHER |
| EARLY DEPARTURE ___ | DEFECTIVE WORK ___ | No call for |
| ABSENT ___ | ATTITUDE ___ | Lunch Break |

REMARKS (Please be specific) In the Month of September Mr. **Employee E** has failed to comply with Lunch call in procedure 10 times. This is a violation of Rule XVIII paragraph #25 Insubordinate action Failing to carry out a rule or directive related to the performance of the employees Duty. **Employee E** has been Advised about this Non compliance issue several time At Throughout Month.

SIGNATURE OF SUPERVISOR

**Employee E**
SIGNATURE OF EMPLOYE

White copy to personnel file    Yellow copy to supervisor    Pink copy to employ

CAG004042

 **CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**

 **CONFIDENTIAL**

| Employee's Name: | Employee's Title: |
|---|---|
| Employee E | Water Rate Taker #4251 |
| Supervisor's Name: | Supervisor's Title: |
| | |
| Division/Bureau/Dept: | Date of Incident: |
| BBCS | 8/29/07 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 29.

☐ Verbal Counseling                    Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

| ☐ Notice of Reprimand ☐ Oral  ☐ Written | ☒ Notice of Suspension |
|---|---|
| Date of Reprimand: | Effective date:  Return to work date:  Effective time:  Number of days of suspension: 1 (One) |

## Category

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☒ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | FILE | |

CAG004043

**Incident Description and Supporting Details** - *include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on August 29, 2007 you did fail to take action as needed to perform a task safely.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

*I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.*

| Signature of Employee | Date |
|---|---|
| Signature of Supervisor Issuing Notice | Date |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

| ☐ Copy to employee | ☐ Copy to union | ☐ Copy to supervisor | ☐ Copy to departmental Human Resources representative |
|---|---|---|---|

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004044



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



| Employee's Name:<br>Employee F | Employee's Title:<br>Water Rate Taker |
|---|---|
| Supervisor's Name:<br>Leonard R. Caifanol | Supervisor's Title:<br>Chief WaterRate Taker |
| Division/Bureau/Dept:<br>BBCS- Field | Date of Incident:<br>**June 13, 2009** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) rule XVIII, section I, subsection XXXIX, incompetence or Ineffenciency"

| ☐ Verbal Counseling | Date of Verbal Counseling: |
|---|---|
| *Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.* | |

### Level of Discipline

| ☐ Notice of Reprimand<br>　　☐ Oral　　☐ Written<br><br>Date of Reprimand: | ☒ Notice of Suspension<br><br>Effective date: 6/23/09　　Return to work date: 6/26/09<br>Effective time: 7:00 am<br>　　Number of days of suspension: three |
|---|---|

### Category

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☒ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

### Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| no applicable history | | |

CAG004045

**Incident Description and Supporting Details -** *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

After 2 hrs into a posting route, employee had only completed 2 POST service orders. During this time other employees had completed 25-30 postings. Employee was sent to station to turn in work, which he did not do, he went home instead.

**Statement of Consequences -** *Describe future actions if no improvement is made.*

increased amount of discipline and or resulting in termination

*I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.*

| Signature of Employee | Date | 06-22-09 |
| --- | --- | --- |
| Signature of Supervisor Issuing Notice | Date | 6-22-09 |

Employee F

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

| ☐ Copy to employee | ☐ Copy to union | ☐ Copy to supervisor | ☐ Copy to departmental Human Resources representative |
| --- | --- | --- | --- |

*Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.*

CAG004046

LEONARD R. CAIFANO · Employee G  Discipline.doc

## CITY OF CHICAGO
## NOTICE OF PROGRESSIVE DISCIPLINE

**CONFIDENTIAL**

| Employee's Name: | Employee's Title: |
|---|---|
| Employee G | Water Rate Taker |

| Supervisor's Name: | Supervisor's Title: |
|---|---|
|  |  |

| Division/Bureau/Dept: | Date of Incident: |
|---|---|
| BBCS | March 28, 2007 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 39 and 49.

☐ Verbal Counseling          Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

| ☐ Notice of Reprimand<br>☐ Oral    ☐ Written<br><br>Date of Reprimand: | ☐ Notice of Suspension<br><br>Effective date: 6·25·2007  Return to work date: 7·2·2007<br>Effective time:           Number of days of suspension: 5<br>                         (FIVE) |
|---|---|

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

| Date of Notice | Level of Discipline | Category |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

CAG004047

EONARD R. CAIFANO - Employee G. Discipline.doc

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

4/18/07:  That on several occasions in the month of April 2007, you were inefficient in the performance of the duties of your position, in addition you did fail to follow proper procedures when your work phone's GPS was not tracking properly.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| | Date |
|---|---|
| **Signature of Employee** Refused to sign + accept without further explanation | 6-21-07 |
| **Signature of Supervisor Issuing Notice** | Date 6.20.07 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resource Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

I told him + then put it on his desk so he knows the week of 6-25-07 he is on suspension.

☐ Copy to employee    ☐ Copy to union    ☐ Copy to supervisor    ☐ Copy to departmental Human Resources representative



**CITY OF CHICAGO**
**DEPARTMENT OF WATER**



## RECORD OF VERBAL COUNSELING

1st Notice ✓          2nd Notice _____

NAME ___ Employee H ___ DATE _6·3·04_

DEPARTMENT ___ Water Management ___

BUREAU ___ Billing & Customer Service ___

SECTION ___ Field ___

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK _____ | _____ |
| ABSENT _____ | ATTITUDE _____ | _____ |

REMARKS (Please be specific) ___

On May 25, 2004 Rate Taker Employee H was assigned 53 postings and completed only 30. Review of the time stamp on his digital camera used that day showed that his first picture was recorded at 9:44 am and his last picture was at 2:30 p.m. The amount of time spent in the field was insufficient effort to complete the assigned task in violation of City of Chicago Personnel Rule XVIII, Section 1, Paragraphs 26, 38 & 39.

_____      _Did not Sign_
SIGNATURE OF SUPERVISOR         SIGNATURE OF EMPLOYEE

White copy to personnel file    Yellow copy to supervisor    Pink copy to employee
GRC-160393-31-1

CAG004049



SSN _____

Date November 22, 2004

CITY OF CHICAGO
Richard M. Daley
Mayor

# CITY OF CHICAGO
# SUSPENSION NOTICE
For Career Service (CS) Employees

Employee    Employee I                                    Payroll No. 4751

Department
Bureau
Division    Water Management

Job Title   Water Rate Taker              Immediate Supervisor  Len Caifano

In accordance with the City of Chicago's Personnel Rule XVIII, Section 2, you are hereby suspended

effective at  7:00    A.M./P.M. on   November 23, 2004   for   Twenty (20)   calendar days.

You are to return to work on  December 13, 2004

The cause for this suspension is: That on September 4, 2003 you were involved in a motor vehicle
accident during work hours that resulted in significant damage to private property.

This action is a violation of: Personnel Rules XVIII; Section 1: Subparagraphs 29,35,48 & 50.

A repetition of the above violation may result in further disciplinary action.

**Employee I**   11-22-04           _____  11/18/04

Employee Signature       Date          Signature of Supervisor        Date
(If employee refuses to sign, please so indicate.)   Issuing Suspension  Viria Holland

Deputy Commissioner
_____
Title

**RIGHTS OF APPEAL:**
Career Service employees who are suspended for ten (10) days or less may request in writing a review of the
disciplinary action before their Department Head. If the period of suspension is for more than ten (10) but less
than thirty-one (31) days or is a second suspension within a six-month period, the suspension may be appealed in
writing to the City Personnel Board. Any such requests must be made within 72 hours of the notification of the
disciplinary action.

White Copy — To Employee              Pink Copy — To Immediate Supervisor
Yellow Copy — To Department Head       Goldenrod Copy — To Department of Personnel (with PER-14)

Revised 4/89        PER-21

CAG004050



**CITY OF CHICAGO**
**DEPARTMENT OF WATER**



# RECORD OF VERBAL COUNSELING

1st Notice ____✓____        2nd Notice _____

NAME _____Employee I_____        DATE __9-7-05__

DEPARTMENT __WAter__

BUREAU __Services__

SECTION _____

## VIOLATION

LATE ARRIVAL ____    SAFETY VIOLATION ____    OTHER

EARLY DEPARTURE ____    DEFECTIVE WORK ____    _____

ABSENT ____    ATTITUDE ____    _____

REMARKS (Please be specific) __ON September 6th 2005 you Storted__
__your work 3 Hours late, without explaination of ANy__
__Kind.__

_____Tim l._____        **Employee I**
SIGNATURE OF SUPERVISOR        SIGNATURE OF EMPLOYEE

White copy to personnel file        Yellow copy to supervisor        Pink copy to employee
GRC-160393-31-1

CAG004051



SSN

Date _3-21-12_



## CITY OF CHICAGO
## WRITTEN REPRIMAND

CITY OF CHICAGO
Richard M. Daley
Mayor

Employee _Employee J_ Payroll No. ▮▮▮

Department
Bureau _WAter MAnagement , Meter Services_
Division

Job Title _WAter Rate Taker_ Immediate Supervisor _Tyrone Lewis_

Date of Violation _2-28-12_ Time _9:05AM - 9:53AM_ Location _3447 s Halsted_

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is: _you left your Route, and Took An Extended Break._

This action is a violation of: _Section 1_
_Article 2,5_

A repetition of the above violation may result in further disciplinary action.

Employee J _3-21-12_        _3-21-12_
Employee Signature        Date      Signature of Supervisor     Date
(If employee refuses to sign, please so indicate.)      Issuing Reprimand
_Supervisor of Water Rate Taker_
Title

### A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy — To Employee      Yellow Copy — To Department Head      Pink Copy — To Immediate Supervisor

Rev 11/89   PER-20

CAG004052



# CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice ✓     2nd Notice _____

NAME _____ Employee K     DATE _2-14-05_

DEPARTMENT ___ WATER

BUREAU ___ Services

SECTION _____

## VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK _____ | |
| ABSENT _____ | ATTITUDE _____ | |

REMARKS (Please be specific) ___ ON february 9th, 2005 you left
your Route Area for 3 Hours with out Explaination, of
Any Kind,

_____

SIGNATURE OF SUPERVISOR        Employee K

                                                SIGNATURE OF EMPLOYEE

White copy to personnel file      Yellow copy to supervisor      Pink copy to employee

CAG004053



## CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice _____                    2nd Notice ___✓___

NAME _____ **Employee K**                 DATE  2-24-05

DEPARTMENT _____ Water

BUREAU _____ Services

SECTION _____

## VIOLATION

| LATE ARRIVAL _____ | SAFETY VIOLATION _____ | OTHER |
| EARLY DEPARTURE _____ | DEFECTIVE WORK _____ | |
| ABSENT _____ | ATTITUDE _____ | |

REMARKS (Please be specific) ON february 14th 2005, you left
your Route Area for 4 Hours & 28 minutes with out
explaination of ANY Kind.

| ON february 16th 2005, | 2 Hours | 3 minutes |
| ON february 18th 2005, | 1 Hour | 46 minutes |
| ON february 22nd 2005, | 3 Hours | 16 minutes |
| ON february 23rd 2005, | 2 Hours | 29 minutes |

_____
SIGNATURE OF SUPERVISOR                          SIGNATURE OF EMPLOYEE

White copy to personnel file          Yellow copy to supervisor          Pink copy to employee

GRC-100303.31-1

CAG004054



Date    June 30, 2006

SSN

# CITY OF CHICAGO
# SUSPENSION NOTICE

For Career Service (CS) Employees

**CITY OF CHICAGO**
**Richard M. Daley**
**Mayor**

Employee     Employee K     Payroll No.   4251

Department     Water Management
Bureau     Billing and Customer Service
Division

Job Title     Water Rate Taker

Immediate Supervisor    Tyrone Lewis

In accordance with the City of Chicago's Personnel Rule XVIII, Section 2, you are hereby suspended

effective at __7:00__ A.M/P.M. on __7-20-06__ for __One (1)__ calendar days.

You are to return to work on __7-21-06__.

The cause for this suspension is:

That you did falsely represent the quantity of work performed and did restrict production output. Also that you did violate Departmental regulations, rule and/or procedures and you did conduct yourself in a manner unbecoming of a City employee.

This action is a violation of : Personnel Rule XVIII, Section 1, Subsection 7, 26, 48 and 50.

A repetition of the above violation may result in further disciplinary action.

__Employee K__         _Tyrone Lewis_    __7-17-06__
Employee Signature / Date       Signature of Supervisor     Date
(If employee refuses to sign, please so indicate)   Issuing Suspension

Title

**A COPY OF THIS SUSPENSION WILL BE MADE A PART OF YOUR RECORD.**

CAG004055



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



CONFIDENTIAL

| Employee's Name: **Employee K** | Employee's Title: Water Rate Taker |
|---|---|
| Supervisor's Name: Len Caifano | Supervisor's Title: Chief Water Rate Taker |
| Division/Bureau/Dept: BBCS | Date of Incident: **May 2, 2008** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) rule XVIII, section I, subsection IV

| ☒ Verbal Counseling | Date of Verbal Counseling: |
|---|---|

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

| ☐ Notice of Reprimand<br>  ☐ Oral    ☐ Written<br><br>Date of Reprimand: | ☒ Notice of Suspension<br><br>Effective date: JuNe 26th    Return to work date: JuNe 27th<br>Effective time: 7AM<br>Number of days of suspension: 1 day |
|---|---|

## Category

| ☐ Criminal or Improper Conduct | ☒ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| no history | | |

CAG004056

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

GPS  noted that employee was away from his route for over 2 hours on May 2, 2008

**Statement of Consequences** - *Describe future actions if no improvement is made.*

increased amount of discipline and or resulting in termination

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | Employee K | Date | 6 . 20 . 08 |
|---|---|---|---|
| Signature of Supervisor Issuing Notice | | Date | 6 - 20 - 08 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee        ☐ Copy to union        ☐ Copy to supervisor        ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004057



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



| Employee's Name: | Employee's Title: |
|---|---|
| **Employee K** | Water Rate Taker |
| Supervisor's Name: | Supervisor's Title: |
| Len Caifano | Chief Water Rate Taker |
| Division/Bureau/Dept: | Date of Incident: |
| BBCS | **January 7, 2010** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) rule XVIII, section I, subsection IV

☐ Verbal Counseling                  Date of Verbal Counseling:

Verbal Counseling does not require employee's signature and is not placed in the employee's personal file folder.

## Level of Discipline

| ☐ Notice of Reprimand<br>☐ Oral   ☐ Written | ☒ Notice of Suspension |
|---|---|
| Date of Reprimand: | Effective date: 4/12/10        Return to work date: 4/19/10<br>Effective time: 7:00am<br>Number of days of suspension: 5 days |

## Category

| ☐ Criminal or Improper Conduct | ☒ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☒ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| 6/28/08 | 1 day suspension | falsification of records and derilection of duty left route |
| 8/24/09 | 3 day suspension | left route for 2 hrs also left city - went to Bedford Pk for 1 hour on 7/2./09 |

CAG004058

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

GPS indicated that employee was away from his route and left the city for over 2 hours. Employee had turned off phone ( which can only be carried out except by pushing button 4 times in succession) Employee had left the city and gone to Bedford Park. He received a three day suspension for the same offence in August, 2009.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

Increased amount of discipline and or resulting in termination

*I acknowledge receipt of this notice. I understand that a copy of this notice will be included in my personnel record.*

| | | |
|---|---|---|
| Signature of Employee | Employee K | Date 4·6·10 |
| Signature of Supervisor Issuing Notice | | Date 4-6-10 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee ☐ Copy to union ☐ Copy to supervisor ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004059



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



CONFIDENTIAL

| Employee's Name: Employee K | Employee's Title: Water Rate Taker |
|---|---|
| Supervisor's Name: Leonard Caifano | Supervisor's Title: Chief Water Rate Taker |
| Division/Bureau/Dept: Meter Services | Date of Incident: November 24, 2010 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) Rule XVIII, Section 1, Articles 2, 48 & 49

| ☐ Verbal Counseling | Date of Verbal Counseling: |
|---|---|

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

**Level of Discipline**

| ☐ Notice of Reprimand     ☐ Oral     ☐ Written | ☒ Notice of Suspension |
|---|---|
| Date of Reprimand: | Effective date: 03/17/2011    Return to work date: 03/21/2011<br>Effective time: 7:00 am    Number of days of suspension: 1 |

**Category**

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☒ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

**Prior Notices of Progressive Discipline**

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| 03/15/2011 | 1 days of Suspension | Swiping out at unauthorized location |

CAG004060

**Incident Description and Supporting Details** - *Include the following details; Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

Employee was listed as following :   Rule XVIII , Section 1 Articles 2,  48 & 49  i.e. Swiping out at unauthorized location on  11/24/2010

**Statement of Consequences** - *Describe future actions if no improvement is made.*

increased amount  of disciple and or resulting  in  termination

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| | Date |
|---|---|
| Signature of Employee | |
| Signature of Supervisor Issuing Notice | Date |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head.  If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board.  Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee          ☐ Copy to union          ☐ Copy to supervisor          ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004061





**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**

| | |
|---|---|
| Employee's Name:<br>**Employee K** | Employee's Title:<br>Water Rate Taker |
| Supervisor's Name:<br>Leo Lillard | Supervisor's Title:<br>Assistant Commissioner |
| Division/Bureau/Dept:<br>Bureau of Meter Services | Date of Incident:<br>**June 27, 2008 through Nov. 14, 2008** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) Rule XVIII, Section 1, Subsection, 2, 5, 11 & 25.

| | |
|---|---|
| ☐ Verbal Counseling | Date of Verbal Counseling: |

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

| | |
|---|---|
| ☐ Notice of Reprimand<br>   ☐ Oral   ☐ Written | ☒ Notice of Suspension |
| Date of Reprimand: | Effective date: 5/3/10   Return to work date: 6/2/10<br>Effective time:   Number of days of suspension: 30 |

## Category

| | |
|---|---|
| ☒ Criminal or Improper Conduct | ☒ Misrepresentation |
| ☐ Violation of City Policy or Rule | ☒ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CAG004062

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

Pursuant to an investigation conducted by the Inspector General, on several occasions in 2008 you were found to be at the Muslim Community Center without authorization, when you were being paid to be at work, failing to limit your lunch hour to the allotted time and falsifying your attendance.

You were also insubordinate in your repeated falsification after being suspended and directed by your supervisors to cease this conduct.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| Signature of Employee | | Date |
|---|---|---|
| Employee K | | |
| Signature of Supervisor Issuing Notice | | Date 4/29/10 |

*Rights of Appeal: Career Service employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee ☐ Copy to union ☐ Copy to supervisor ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004063



## CITY OF CHICAGO
## DEPARTMENT OF WATER



# RECORD OF VERBAL COUNSELING

1st Notice ✓ _____     2nd Notice _____

NAME ___ Employee L ___     DATE __ 10-31-05 __

DEPARTMENT ___ WAYer ___

BUREAU ___ Services ___

SECTION _____

### VIOLATION

| | | |
|---|---|---|
| LATE ARRIVAL _____ | SAFETY VIOLATION ✓ | OTHER |
| EARLY DEPARTURE_____ | DEFECTIVE WORK _____ | _____ |
| ABSENT_____ | ATTITUDE _____ | _____ |

REMARKS (Please be specific) ON October 31st 2005 you Failed to wear your helmet ⊙ while on city Duties, which is A Violation of the city Safety Rules.

T. L.
SIGNATURE OF SUPERVISOR

Employee L
SIGNATURE OF EMPLOYEE

White copy to personnel file     Yellow copy to supervisor     Pink copy to employee

GRC-160383-31-1

CAG004064



SSN _____

Date ___3-21-12___



**CITY OF CHICAGO**
**WRITTEN REPRIMAND**

CITY OF CHICAGO
Richard M. Daley
Mayor

Employee _____ Employee L _____ Payroll No. _____

Department
Bureau
Division ___WATER MANAGEMENT , Meter Services___

Job Title ___WATER RATE TAKER___ Immediate Supervisor ___Tyrone Lewis___

Date of Violation ___2-28-12___ Time ___9:05AM - 9:53AM___ Location ___3447 S Halsted___

This is to inform you that you are reprimanded according to the provisions of Rule XVIII of the City of Chicago Personnel Rules.

The cause for this reprimand is: ___you left your Route, AN took AN Extended BreaK.___

This action is a violation of: ___Section 1___
___Article 2,5___

A repetition of the above violation may result in further disciplinary action.

Employee L ___3-21-12___ _____ ___3-21-12___

Employee Signature          Date          Signature of Supervisor          Date
(If employee refuses to sign, please so indicate.)          Issuing Reprimand

___Supervisor of water Rate TAKer___
Title

A COPY OF THIS REPRIMAND WILL BE MADE A PART OF YOUR PERMANENT RECORD.

White Copy—To Employee          Yellow Copy—To Department Head          Pink Copy—To Immediate Supervisor

Rev 11/89    PER-20

CAG004065



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



CONFIDENTIAL

| Employee's Name:<br>Employee M | Employee's Title:<br>Water Rate Taker |
|---|---|
| Supervisor's Name:<br>Leonard Caifano | Supervisor's Title:<br>Chief Water Rate Taker |
| Division/Bureau/Dept:<br>Meter Services | Date of Incident:<br>March 23, 2010 |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) rule XVIII, section I, subsection XXV:" Insubordinate actions, Failure to carry out a directive or Rule..."

☐ Verbal Counseling                  Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

| ☒ Notice of Reprimand<br>    ☐ Oral    ☒ Written<br><br>Date of Reprimand: 5/18/10 | ☐ Notice of Suspension<br><br>Effective date:          Return to work date:<br>Effective time:<br>          Number of days of suspension: |
|---|---|

## Category

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☒ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| no recent history | | |

CAG004066

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

On April 13, 2010, Employee completed only 13 of the 43 postings which she had been assigned that day.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

increased amount of discipline and or resulting in termination

I acknowledge receipt of this ~~notice~~ ~~I understand that~~ ~~ded in my personnel record.~~

Signature of Employee        *Employee M*

Signature of Supervisor issuing notice        Date 5-20-2000

Date

*Rights of Appeal: Career Service Emp~~loyees~~ ~~who are~~ suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for m~~o~~re tha~~n~~ ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Re~~sources~~ Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements m~~a~~y have additional appeal rights and should consult with their union representative.*

☐ Copy to employee      ☐ Copy to union      ☐ Copy to supervisor      ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



| Employee's Name: | Employee's Title: |
|---|---|
| Employee N | Supervisor of Water Rate Takers |
| **Supervisor's Name:** | **Supervisor's Title:** |
| Leonard Caifano | Supervisor of Water Rate Assessor |
| **Division/Bureau/Dept:** | **Date of Incident:** |
| Bureau of Billing and Customer Service | **July and August 2006** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s) XVIII, Section 1, Subsection 1, 39

☐ Verbal Counseling        Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

## Level of Discipline

| ☐ Notice of Reprimand<br>    ☐ Oral    ☐ Written | ☒ Notice of Suspension | |
|---|---|---|
| Date of Reprimand: 10/4/06 | Effective date: 10/9/06<br>Effective time: | Return to work date: 10/12/06<br>Number of days of suspension: 3<br>(Three Days) |

## Category

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☐ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

## Prior Notices of Progressive Discipline

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| 10/4/06 | 3 Day Suspension | That on several occasions in the months of July and August 2006 you were inefficient in the performance of the duties of your position in that you did fail to adequately monitor the activities of the employees under your supervision. |

CAG004068

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

**Statement of Consequences** - *Describe future actions if no improvement is made.*

*I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.*

| Signature of Employee | Date |
|---|---|
| REFUSED TO SIGN | 10.5.06 |

| Signature of Supervisor Issuing Notice | Date |
|---|---|
| | 10.5.06 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee   ☐ Copy to union   ☐ Copy to supervisor   ☐ Copy to departmental Human Resources representative

**Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.**

CAG004069

# RECORD OF VERBAL COUNSELING

1st Notice_____          2nd Notice__✓_____

NAME_____Employee O_____          DATE__9·1·10____

DEPARTMENT_____WATER  MANAGEMENT_____

BUREAU_____METER  WATER SERVICES_____

SECTION_____FIELD_____

## VIOLATION:

ABSENT_____

TARDY___✓_____

UNAUTHORIZED DEPARTURE_____

SAFTEY VIOLATION_____

DEFECTIVE WORK_____

ATTITUDE_____

OTHER:

_____

REMARKS____Was told never to swipe in at
alternate location.  On 9.1.10 swiped-in at
1739 N. SPRINGFIELD 6:54 AM

CAG004070



**CITY OF CHICAGO**
**NOTICE OF PROGRESSIVE DISCIPLINE**



CONFIDENTIAL

| Employee's Name:<br>Employee P | Employee's Title:<br>Water Meter Assesor  #4251 |
|---|---|
| Supervisor's Name:<br>Len Caifano | Supervisor's Title:<br>Chief Water Rate Taker |
| Division/Bureau/Dept:<br>BBCS | Date of Incident:<br>**2/15/08** |

You are receiving this notice according to the provisions of Rule XVIII of the City of Chicago Personnel Rules due to a violation of subsection(s)  XVIII, Section 1, Subsection 25.

☐ Verbal Counseling                                        Date of Verbal Counseling:

*Verbal Counseling does not require employee's signature and is not placed in the employee's personnel file folder.*

**Level of Discipline**

| ☒ Notice of Reprimand<br>     ☒ Oral        ☐ Written | ☐ Notice of Suspension |
|---|---|
| Date of Reprimand: 2/28/08 | Effective date:                    Return to work date:<br>Effective time:                    Number of days of suspension: |

**Category**

| ☐ Criminal or Improper Conduct | ☐ Misrepresentation |
|---|---|
| ☒ Violation of City Policy or Rule | ☐ Tardiness or Absenteeism |
| ☐ Conduct Involving Job Performance or Substandard Work Performance | |

**Prior Notices of Progressive Discipline**

| Date of Notice | Level of Discipline | Category |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CAG004071

**Incident Description and Supporting Details** - *Include the following details: Date of Occurrence, Time, Location, Witnesses, and Impact of Action. Describe the required change expected of the employee. Identify a date for follow-up, if necessary.*

That on 2/15/08 you were insubordinate when you failed to carry out a rule, after you were told about the swipe policy.

**Statement of Consequences** - *Describe future actions if no improvement is made.*

I acknowledge receipt of this notice. I understand that a copy of this record will be included in my personnel record.

| | | |
|---|---|---|
| **Signature of Employee** | Employee P | **Date** 06-05-08 |
| **Signature of Supervisor Issuing Notice** | | **Date** 6/5/08 |

*Rights of Appeal: Career Service Employees who are suspended for ten (10) days or less may request in writing a review of the disciplinary action by their Department Head. If the period of suspension is for more than ten (10) but less than thirty-one (31) days or is a second suspension in a six-month period, the suspension may be appealed in writing to the City Human Resources Board. Any such requests must be made within 5 working days of the notification of the disciplinary action. Employees covered by collective bargaining agreements may have additional appeal rights and should consult with their union representative.*

☐ Copy to employee    ☐ Copy to union    ☐ Copy to supervisor    ☐ Copy to departmental Human Resources representative

Supervisor may be required to attach a Request for Review form to this Notice. Consult the current collective bargaining agreement for applicability.

CAG004072

| **CITY OF CHICAGO DEPARTMENT OF HUMAN RESOURCES, DIVERSITY AND EQUAL EMPLOYMENT OPPORTUNITY DIVISION COMPLAINTS FILED BY WATER RATE TAKERS (JANUARY 1, 2010 - MARCH 31, 2015)** | | | | | |
|---|---|---|---|---|---|
| **Date Received** | **Status** | **Complainant** | **Complainant's Age, Race, & Gender** | **Allegations** | **Forum** |
| 5/16/2012 | Closed | Employee A | 50 years-old, African American, female | Racial Harassment | City's EEO Office |
| 6/15/2012 | Closed | Ophelia Cage | 64 years-old, African American, female | Age, Sex, and Race Discrimination | City's EEO Office |
| 6/6/2013 | Closed | Employee B | 44 years-old, African American, female | Sexual Harassment | City's EEO Office |

| **ADMINISTRATIVE CHARGES FILED BY WATER RATE TAKERS (JANUARY 1, 2010 - MARCH 27, 2015)** | | | | | |
|---|---|---|---|---|---|
| **Date Filed** | **Status** | **Complainant** | **Complainant's Age, Race, & Gender** | **Allegations** | **Forum** |
| 4/24/2012 | Closed (Open in HRC) | Ophelia Cage | 64 years-old, African American, female | Age, Sex, and Race Discrimination | IDHR then HRC |
| 4/24/2012 | Closed | Employee A | 50 years-old, African American, female | Sex and Race Discrimination | IDHR |
| IDHR = Illinois Department of Human Rights HRC = Illinois Human Rights Commission | | | | | |



EXHIBIT
Q

CAG003413

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. **05W0901.14** | [X] IDHR [X] EEOC | 2005CF0603 |

### Illinois Department of Human Rights and EEOC

| NAME *(indicate Mr., Ms., Mrs.)* | | HOME TELEPHONE *(include area code)* 773-476-0640 |
|---|---|---|
| OPHELIA CAGE | | |
| STREET ADDRESS 6326 S CAMPBELL | CITY, STATE AND ZIP CODE CHGO, IL 60629 | DATE OF BIRTH 00/00/00 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(IF MORE THAN ONE, LIST BELOW)*

| NAME CITY OF CHICAGO WATER | | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE *(include area code)* 312 747 7994 |
|---|---|---|---|
| STREET ADDRESS 333 S STATE | CITY, STATE AND ZIP CODE CHGO, IL 60604 | | COUNTY 031 |
| NAME | | | TELEPHONE *(include area code)* |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON: RACE          SEX | DATE OF DISCRIMINATION |
|---|---|

| | EARLIEST (ADEA/EPA) | LATEST (ALL) |
|---|---|---|
| | / / | 07/11/2004 |
| [ ] CONTINUING ACTION | | |

THE PARTICULARS ARE *(if additional space is needed attach extra sheet(s))*

I.    A.    ISSUE/BASIS

        WRITTEN WARNING - JULY 11, 2004, DUE TO MY RACE, BLACK AND MY SEX, FEMALE

    B.    PRIMA FACIE ALLEGATIONS

        1.    My race is black and my sex is female.

        2.    My job performance as a Rate Taker met Respondent's legitimate expectations. I was hired by Respondent in October, 1995.

Cont'd...

| [X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY *(when necessary for State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| "OFFICIAL SEAL" | SIGNATURE OF COMPLAINANT          DATE |
| Russell I. Rogers, Notary Public, State of Illinois | X *Ophelia Cage*          9-1-04 |
| Notary Public Seal | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, year)* |

EEOC FORM 5 (6/00)    FEPM

EXHIBIT 10

Exhibit ___2___

Complainant Name:   OPHELIA CAGE

Charge Number:   2005CF0603

Page 2

3.  On July 11, 2004, my uncompleted postings were returned to me to complete and I was given a written warning by Lenny Califano (white, male), Supervisor. The reason given by Califano for my written warning was insufficient time in the field, which means, I did not complete all of the postings in my assigned area. I informed Mr. Califano the reason my postings were not completed was because I was assigned to cover the West and North side of Chicago, which I was not familiar with.

4.  A similarly situated employee, John Vasquez (non-black, male), Rate Taker, was treated differently under similar circumstances.

MEE/JJT