**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Ophelia Cage

                Plaintiff,

v.                                      Case No.: 1:14–cv–06818

                                      Honorable Amy J. St. Eve

City Of Chicago

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 23, 2017:

        MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on 1/23/2017. Plaintiff's motion in limine to bar comments regarding the failure to call non−controlled witnesses is granted without prejudice. Plaintiff's motion in limine to bar documents or exhibits no previously disclosed [78] is granted without objection and applies to both sides. Plaintiff's motion in limine to exclude previously undisclosed witnesses from testifying at trial [79] and defendant's motion in limine no. 9 (unfavorable publicity) [88] are granted without objection. Final Pretrial Conference and jury instruction conference set for 3/3/2017 at 11:00 AM. All counsel trying the case must be present at the final pretrial conference. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.